1  Connie L. Michaels, Bar No. 128065
   cmichaels@littler.com
2  Donna Leung, Bar No. 305955
   dleung@littler.com
3  LITTLER MENDELSON P.C.
   2049 Century Park East
4  5th Floor
   Los Angeles, California  90067.3107
5  Telephone:   310.553.0308
   Fax No.:      310.553.5583
6
   Robert W. Conti, Bar No. 137307
7  rconti@littler.com
   LITTLER MENDELSON P.C.
8  18565 Jamboree Road
   Suite 800
9  Irvine, California  92612
   Telephone:   949.705.3000
10 Fax No.:      949.724.1201

11 Attorneys for Defendants
   LOS ANGELES UNIFIED SCHOOL
12 DISTRICT, MEGAN REILLY, ILEANA
   DAVOLOS, GEORGE MCKENNA, MONICA
13 GARCIA, SCOTT SCHMERELSON, NICK
   MELVOIN, JACKIE GOLDBERG, KELLY
14 GONEZ and TANYA ORTIZ FRANKLIN

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17

18

19 HEALTH FREEDOM DEFENSE FUND,       Case No. 2:21-cv-08688 DSF-PVCx
   INC., a Wyoming Not-for-Profit
20 Corporation; MIGUEL SOTELO;        **DEFENDANTS' ANSWER TO**
   MARIEL HOWSEPIANRODRIGUEZ;         **PLAINTIFFS' FIRST AMENDED**
21 JEFFREY FUENTES; SANDRA            **COMPLAINT FOR VIOLATION**
   GARCIA; and HOVHANNES              **OF CIVIL RIGHTS AND**
22 SAPONGHIAN; NORMA BRAMBILA;        **DECLARATORY AND**
                                      **INJUNCTIVE RELIEF**
23              Plaintiffs,

24          v.                        Complaint Filed: November 3, 2021
                                      Trial Date:TBD
25 MEGAN K. REILLY, in her official
   capacity as Interim Superintendent of
26 the Los Angeles Unified School
   District; ILEANA DAVALOS, in her
27 official capacity as Chief Human
   Resources Officer for the Los
28

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

                          1

1   Angeles Unified School District;
2   GEORGE MCKENNA, MÓNICA
    GARCÍA, SCOTT
3   SCHMERELSON, NICK
4   MELVOIN, JACKIE GOLDBERG,
    KELLY GONEZ, and TANYA
5   ORTIZ FRANKLIN, in their official
6   capacities as members of the Los
    Angeles Unified School District
7   governing board.
8                   Defendants.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

2

2:21-CV-08688

COMES NOW Defendants Los Angeles Unified School District (the "District"), Megan Reilly, Ileana Davolos, George Mckenna, Monica Garcia, Scott Schmerelson, Nick Melvoin, Jackie Goldberg, Kelly Gonez and Tanya Ortiz Franklin (collectively "Defendants"), and for their Answer to the Complaint (the "Complaint") of Plaintiffs Health Freedom Defense Fund, Inc., Miguel Sotelo, Mariel Howsepian-Rodriguez, Jeffrey Fuentes, Sandra Garcia, Hovhannes Saponghian, and Norma Brambila (collectively "Plaintiffs"), hereby admits, denies, and asserts the following allegations and affirmative defenses:

1.      In response to Paragraph 1 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit that a lawsuit named *California Educators for Medical Freedom, et al v. Austin Beutner, et al*, Case No. 21-cv-2388 was filed on March 17, 2021. Except as admitted, Defendants deny each and every allegation contained therein.

2.      In response to Paragraph 2 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit arguing in the prior lawsuit, among other positions, that the lawsuit was not ripe for adjudication as it relied on a future contingency that might not occur. Except as admitted, Defendants deny each and every allegation contained therein.

3.      In response to Paragraph 3 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit the allegations contained therein.

4.      In response to Paragraph 4 of the Complaint, the Paragraph does not

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3

2:21-CV-08688

require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit issuing the August 13, 2021 interoffice correspondence attached as Exhibit A to the Complaint herein. Except as admitted, Defendants deny each and every allegation contained therein.

5.     In response to Paragraph 5 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit that the District's employees had until October 15, 2021 to obtain the COVID-19 vaccine unless they qualify for a specified accommodation. Except as admitted, Defendants deny each and every allegation contained therein.

6.     In response to Paragraph 6 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit that the District is mandating that its employees obtain the COVID-19 vaccine unless they qualify for a specified accommodation. Except as admitted, Defendants lack information deny each and every allegation contained therein.

7.     In response to Paragraph 7 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. Defendants deny that the District's COVID-19 policy lacks legal support. Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

8.     In response to Paragraph 8 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4

2:21-CV-08688

1    intended to assert any factual allegations, Defendants re-allege and incorporate by

2    reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully

3    set forth herein.

4        9.    In response to Paragraph 9 of the Complaint, the Paragraph does not

5    require a response from Defendants to the extent it contains a statement of Plaintiffs'

6    legal positions and claims rather than assertions of fact. To the extent the Paragraph is

7    intended to assert any factual allegations, Defendants admit that the Declarations

8    attached to the Complaint as Exhibit B indicate that the declarants are employees of the

9    District and members of Plaintiff Health Freedom Defense Fund. Except as admitted,

10   Defendants lack information and belief sufficient to respond to the remaining

11   allegations and therefore deny generally and specifically each and every such allegation

12   in said Paragraph.

13       10.   In response to Paragraph 10 of the Complaint, the Paragraph does not

14   require a response from Defendants to the extent it contains a statement of Plaintiffs'

15   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

16   intended to assert any factual allegations, Defendants admit that the referenced Plaintiff

17   is an employee of the District. Except as admitted, Defendants lack information and

18   belief sufficient to respond to the remaining allegations and therefore deny generally

19   and specifically each and every such allegation in said Paragraph.

20       11.   In response to Paragraph 11 of the Complaint, the Paragraph does not

21   require a response from Defendants to the extent it contains a statement of Plaintiffs'

22   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

23   intended to assert any factual allegations, Defendants admit that the referenced Plaintiff

24   is an employee of the District. Except as admitted, Defendants lack information and

25   belief sufficient to respond to the remaining allegations and therefore deny generally

26   and specifically each and every such allegation in said Paragraph.

27       12.   In response to Paragraph 12 of the Complaint, the Paragraph does not

28   require a response from Defendants to the extent it contains a statement of Plaintiffs'

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

5

2:21-CV-08688

legal positions and claims rather than assertions of fact. Defendants admit that the referenced Plaintiff is an employee of the District. Except as admitted, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

13.    In response to Paragraph 13 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. Defendants admit that the referenced Plaintiff is an employee of the District. Except as admitted, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

14.    In response to Paragraph 14 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. Defendants admit that the referenced Plaintiff is an employee of the District. Except as admitted, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

15.    In response to Paragraph 15 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. Defendants admit that the referenced Plaintiff is an employee of the District. Except as admitted, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

16.    In response to Paragraph 16 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. Defendants admit that the referenced Plaintiff is an employee of the District. Except as admitted, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

6

2:21-CV-08688

17.     In response to Paragraph 17 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

18.     In response to Paragraph 18 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit that Defendant Reilly is the Interim Superintendent of the District. Except as admitted, Defendants deny each and every allegation contained therein.

19.     In response to Paragraph 19 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit Defendant Davalos is the District's Chief Human Resources Officer. Except as admitted, Defendants deny each and every allegation contained therein.

20.     In response to Paragraph 20 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit Defendants Mckenna, García, Schmerelson, Melvoin, Goldberg, Gonez and Ortiz Franklin are LAUSD's governing board members. Except as admitted, Defendants deny each and every allegation contained therein.

21.     In response to Paragraph 21 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants deny each and every allegation contained therein.

22.     In response to Paragraph 22 of the Complaint, the Paragraph does not

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

7

2:21-CV-08688

require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

23.     In response to Paragraph 23 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

24.     In response to Paragraph 24 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants re-allege and incorporate by reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully set forth herein.

25.     In response to Paragraph 25 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

26.     In response to Paragraph 26 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

27.     In response to Paragraph 27 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

28.     In response to Paragraph 28 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit that the individual Defendants reside or exercise their authority in their office capacities in the Central District of California, Western Division. Except as admitted, Defendants deny each and every allegation contained therein.

29.     In response to Paragraph 29 of the Complaint, the Paragraph does not

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

8

2:21-CV-08688

require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

30. In response to Paragraph 30 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

31. In response to Paragraph 31 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

32. In response to Paragraph 32 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

33. In response to Paragraph 33 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

9

2:21-CV-08688

1    specifically each and every such allegation in said Paragraph.

2        34.    In response to Paragraph 34 of the Complaint, the Paragraph does not

3    require a response from Defendants to the extent it contains a statement of Plaintiffs'

4    legal positions and claims rather than assertions of fact. To the extent the Paragraph is

5    intended to assert any factual allegations, Defendants lack information and belief

6    sufficient to respond to the remaining allegations and therefore deny generally and

7    specifically each and every such allegation in said Paragraph.

8        35.    In response to Paragraph 35 of the Complaint, the Paragraph does not

9    require a response from Defendants to the extent it contains a statement of Plaintiffs'

10   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

11   intended to assert any factual allegations, Defendants lack information and belief

12   sufficient to respond to the remaining allegations and therefore deny generally and

13   specifically each and every such allegation in said Paragraph.

14       36.    In response to Paragraph 36 of the Complaint, the Paragraph does not

15   require a response from Defendants to the extent it contains a statement of Plaintiffs'

16   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

17   intended to assert any factual allegations, Defendants lack information and belief

18   sufficient to respond to the remaining allegations and therefore deny generally and

19   specifically each and every such allegation in said Paragraph.

20       37.    In response to Paragraph 37 of the Complaint, the Paragraph does not

21   require a response from Defendants to the extent it contains a statement of Plaintiffs'

22   legal positions and claims rather than assertions of fact.

23       38.    In response to Paragraph 38 of the Complaint, the Paragraph does not

24   require a response from Defendants to the extent it contains a statement of Plaintiffs'

25   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

26   intended to assert any factual allegations, Defendants lack information and belief

27   sufficient to respond to the remaining allegations and therefore deny generally and

28   specifically each and every such allegation in said Paragraph.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

10

2:21-CV-08688

39.    In response to Paragraph 39 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

40.    In response to Paragraph 40 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

41.    In response to Paragraph 41 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

42.    In response to Paragraph 42 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

43.    In response to Paragraph 43 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

11

2:21-CV-08688

1  sufficient to respond to the remaining allegations and therefore deny generally and
2  specifically each and every such allegation in said Paragraph.

3     44.   In response to Paragraph 44 of the Complaint, the Paragraph does not
4  require a response from Defendants to the extent it contains a statement of Plaintiffs'
5  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
6  intended to assert any factual allegations, Defendants lack information and belief
7  sufficient to respond to the remaining allegations and therefore deny generally and
8  specifically each and every such allegation in said Paragraph.

9     45.   In response to Paragraph 45 of the Complaint, the Paragraph does not
10 require a response from Defendants to the extent it contains a statement of Plaintiffs'
11 legal positions and claims rather than assertions of fact. To the extent the Paragraph is
12 intended to assert any factual allegations, Defendants lack information and belief
13 sufficient to respond to the remaining allegations and therefore deny generally and
14 specifically each and every such allegation in said Paragraph.

15    46.   In response to Paragraph 46 of the Complaint, the Paragraph does not
16 require a response from Defendants to the extent it contains a statement of Plaintiffs'
17 legal positions and claims rather than assertions of fact. To the extent the Paragraph is
18 intended to assert any factual allegations, Defendants lack information and belief
19 sufficient to respond to the remaining allegations and therefore deny generally and
20 specifically each and every such allegation in said Paragraph.

21    47.   In response to Paragraph 47 of the Complaint, the Paragraph does not
22 require a response from Defendants to the extent it contains a statement of Plaintiffs'
23 legal positions and claims rather than assertions of fact. To the extent the Paragraph is
24 intended to assert any factual allegations, Defendants lack information and belief
25 sufficient to respond to the remaining allegations and therefore deny generally and
26 specifically each and every such allegation in said Paragraph.

27    48.   In response to Paragraph 48 of the Complaint, the Paragraph does not
28 require a response from Defendants to the extent it contains a statement of Plaintiffs'

2:21-CV-08688

1  legal positions and claims rather than assertions of fact. To the extent the Paragraph is

2  intended to assert any factual allegations, Defendants lack information and belief

3  sufficient to respond to the remaining allegations and therefore deny generally and

4  specifically each and every such allegation in said Paragraph.

5      49.    In response to Paragraph 49 of the Complaint, the Paragraph does not

6  require a response from Defendants to the extent it contains a statement of Plaintiffs'

7  legal positions and claims rather than assertions of fact. To the extent the Paragraph is

8  intended to assert any factual allegations, Defendants lack information and belief

9  sufficient to respond to the remaining allegations and therefore deny generally and

10  specifically each and every such allegation in said Paragraph.

11      50.    In response to Paragraph 50 of the Complaint, the Paragraph does not

12  require a response from Defendants to the extent it contains a statement of Plaintiffs'

13  legal positions and claims rather than assertions of fact. To the extent the Paragraph is

14  intended to assert any factual allegations, Defendants lack information and belief

15  sufficient to respond to the remaining allegations and therefore deny generally and

16  specifically each and every such allegation in said Paragraph.

17      51.    In response to Paragraph 51 of the Complaint, the Paragraph does not

18  require a response from Defendants to the extent it contains a statement of Plaintiffs'

19  legal positions and claims rather than assertions of fact. To the extent the Paragraph is

20  intended to assert any factual allegations, Defendants lack information and belief

21  sufficient to respond to the remaining allegations and therefore deny generally and

22  specifically each and every such allegation in said Paragraph.

23      52.    In response to Paragraph 52 of the Complaint, the Paragraph does not

24  require a response from Defendants to the extent it contains a statement of Plaintiffs'

25  legal positions and claims rather than assertions of fact. To the extent the Paragraph is

26  intended to assert any factual allegations, Defendants lack information and belief

27  sufficient to respond to the remaining allegations and therefore deny generally and

28  specifically each and every such allegation in said Paragraph.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

13

2:21-CV-08688

53.    In response to Paragraph 53 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

54.    In response to Paragraph 54 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

55.    In response to Paragraph 55 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

56.    In response to Paragraph 56 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

57.    In response to Paragraph 57 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

14

2:21-CV-08688

1  sufficient to respond to the remaining allegations and therefore deny generally and
2  specifically each and every such allegation in said Paragraph.

3      58.    In response to Paragraph 58 of the Complaint, the Paragraph does not
4  require a response from Defendants to the extent it contains a statement of Plaintiffs'
5  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
6  intended to assert any factual allegations, Defendants lack information and belief
7  sufficient to respond to the remaining allegations and therefore deny generally and
8  specifically each and every such allegation in said Paragraph.

9      59.    In response to Paragraph 59 of the Complaint, the Paragraph does not
10  require a response from Defendants to the extent it contains a statement of Plaintiffs'
11  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
12  intended to assert any factual allegations, Defendants lack information and belief
13  sufficient to respond to the remaining allegations and therefore deny generally and
14  specifically each and every such allegation in said Paragraph.

15      60.    In response to Paragraph 60 of the Complaint, the Paragraph does not
16  require a response from Defendants to the extent it contains a statement of Plaintiffs'
17  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
18  intended to assert any factual allegations, Defendants lack information and belief
19  sufficient to respond to the remaining allegations and therefore deny generally and
20  specifically each and every such allegation in said Paragraph.

21      61.    In response to Paragraph 61 of the Complaint, the Paragraph does not
22  require a response from Defendants to the extent it contains a statement of Plaintiffs'
23  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
24  intended to assert any factual allegations, Defendants lack information and belief
25  sufficient to respond to the remaining allegations and therefore deny generally and
26  specifically each and every such allegation in said Paragraph.

27      62.    In response to Paragraph 62 of the Complaint, the Paragraph does not
28  require a response from Defendants to the extent it contains a statement of Plaintiffs'

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

15

2:21-CV-08688

legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

63.    In response to Paragraph 63 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

64.    In response to Paragraph 64 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

65.    In response to Paragraph 65 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

66.    In response to Paragraph 66 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

16

2:21-CV-08688

67.    In response to Paragraph 67 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

68.    In response to Paragraph 68 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

69.    In response to Paragraph 69 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

70.    In response to Paragraph 70 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

71.    In response to Paragraph 71 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

17

2:21-CV-08688

sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

72.    In response to Paragraph 72 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

73.    In response to Paragraph 73 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

74.    In response to Paragraph 74 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants re-allege and incorporate by reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully set forth herein.

75.    In response to Paragraph 75 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit the Plaintiffs are employees of the District and Exhibit A to the Complaint applies to them. Except as admitted, Defendants deny each and every allegation contained therein.

76.    In response to Paragraph 76 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs'

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

18

2:21-CV-08688

legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit that Plaintiff Sotelo has worked as an electrician for the District for approximately 6 years, suffered an alleged work-related injury, has been on a leave of absence, and did not apply for an accommodation. Except as admitted, Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

77.    In response to Paragraph 77 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit Plaintiff Howsepian has worked as a teacher for the District for approximately 18 years, is currently assigned to a science magnet school, worked throughout 2020-2021, applied for a religious accommodation to the District's vaccine requirement, informed that there was no available accommodation for her position, and allowed to apply to City of Angeles Online Academy. Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

78.    In response to Paragraph 78 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit Plaintiff Fuentes has worked as an electrician for the District for approximately 8 years, and applied for a religious accommodation to the District's vaccine requirement which was granted. Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

79.    In response to Paragraph 79 of the Complaint, the Paragraph does not

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

19

require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit Plaintiff Garcia has worked for the District for approximately 10 years, is working as a Special Education Assistant at a middle school, and applied for and was granted a religious accommodation to the District's vaccine requirement. Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

80.    In response to Paragraph 80 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit Plaintiff Saponghian has worked as a teaching assistant for the District for approximately 2 years, and applied for a religious accommodation to the District's vaccine requirement which was granted. Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

81.    In response to Paragraph 81 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants admit Plaintiff Brambila works as a healthcare assistant at the District, and applied for a religious accommodation which was granted. Defendants lack information and belief sufficient to respond to the remaining allegations and therefore deny generally and specifically each and every such allegation in said Paragraph.

82.    In response to Paragraph 82 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

20

2:21-CV-08688

1    intended to assert any factual allegations, Defendants deny each and every allegation

2    contained therein. Defendants have not waived any conditions precedent or excused

3    Plaintiffs from fulfilling any such conditions including providing the requisite

4    documentation.

5           83.    In response to Paragraph 83 of the Complaint, the Paragraph does not

6    require a response from Defendants to the extent it contains a statement of Plaintiffs'

7    legal positions and claims rather than assertions of fact. To the extent the Paragraph is

8    intended to assert any factual allegations, Defendants re-allege and incorporate by

9    reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully

10   set forth herein.

11          84.    In response to Paragraph 84 of the Complaint, the Paragraph does not

12   require a response from Defendants to the extent it contains a statement of Plaintiffs'

13   legal positions and claims rather than assertions of fact.

14          85.    In response to Paragraph 85 of the Complaint, the Paragraph does not

15   require a response from Defendants to the extent it contains a statement of Plaintiffs'

16   legal positions and claims rather than assertions of fact.

17          86.    In response to Paragraph 86 of the Complaint, the Paragraph does not

18   require a response from Defendants to the extent it contains a statement of Plaintiffs'

19   legal positions and claims rather than assertions of fact.

20          87.    In response to Paragraph 87 of the Complaint, the Paragraph does not

21   require a response from Defendants to the extent it contains a statement of Plaintiffs'

22   legal positions and claims rather than assertions of fact..

23          88.    In response to Paragraph 88 of the Complaint, the Paragraph does not

24   require a response from Defendants to the extent it contains a statement of Plaintiffs'

25   legal positions and claims rather than assertions of fact.

26          89.    In response to Paragraph 89 of the Complaint, the Paragraph does not

27   require a response from Defendants to the extent it contains a statement of Plaintiffs'

28   legal positions and claims rather than assertions of fact.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

21

2:21-CV-08688

90.    In response to Paragraph 90 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

91.    In response to Paragraph 91 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

92.    In response to Paragraph 92 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

93.    In response to Paragraph 93 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

94.    In response to Paragraph 94 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants deny each and every allegation contained therein.

95.    In response to Paragraph 95 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants deny that they did not provide a specific temporary accommodation for alleged "natural immunity," supported by medical documentation. Except as admitted, Defendants deny each and every allegation contained therein.

96.    In response to Paragraph 96 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

97.    In response to Paragraph 97 of the Complaint, the Paragraph does not

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

22

2:21-CV-08688

require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

98.    In response to Paragraph 98 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

99.    In response to Paragraph 99 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

100.    In response to Paragraph 100 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

101.    In response to Paragraph 101 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

102.    In response to Paragraph 102 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

103.    In response to Paragraph 103 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

104.    In response to Paragraph 104 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

105.    In response to Paragraph 105 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

106.    In response to Paragraph 106 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs'

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2:21-CV-08688

1    legal positions and claims rather than assertions of fact. To the extent the Paragraph is

2    intended to assert any factual allegations, Defendants re-allege and incorporate by

3    reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully

4    set forth herein.

5         107.    In response to Paragraph 107 of the Complaint, the Paragraph does not

6    require a response from Defendants to the extent it contains a statement of Plaintiffs'

7    legal positions and claims rather than assertions of fact.

8         108.    In response to Paragraph 108 of the Complaint, the Paragraph does not

9    require a response from Defendants to the extent it contains a statement of Plaintiffs'

10   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

11   intended to assert any factual allegations, Defendants deny each and every allegation

12   contained therein.

13        109.    In response to Paragraph 109 of the Complaint, the Paragraph does not

14   require a response from Defendants to the extent it contains a statement of Plaintiffs'

15   legal positions and claims rather than assertions of fact.

16        110.    In response to Paragraph 110 of the Complaint, the Paragraph does not

17   require a response from Defendants to the extent it contains a statement of Plaintiffs'

18   legal positions and claims rather than assertions of fact.

19        111.    In response to Paragraph 111 of the Complaint, the Paragraph does not

20   require a response from Defendants to the extent it contains a statement of Plaintiffs'

21   legal positions and claims rather than assertions of fact.

22        112.    In response to Paragraph 112 of the Complaint, the Paragraph does not

23   require a response from Defendants to the extent it contains a statement of Plaintiffs'

24   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

25   intended to assert any factual allegations, Defendants re-allege and incorporate by

26   reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully

27   set forth herein.

28        113.    In response to Paragraph 113 of the Complaint, the Paragraph does not

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

24

2:21-CV-08688

require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact. To the extent the Paragraph is
intended to assert any factual allegations, Defendants admit That Plaintiffs are
employees of the District. Except as admitted, Defendants deny each and every
allegation contained therein.

114.    In response to Paragraph 114 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact.

115.    In response to Paragraph 115 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact.

116.    In response to Paragraph 116 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact.

117.    In response to Paragraph 117 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact.

118.    In response to Paragraph 118 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact.

119.    In response to Paragraph 119 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact.

120.    In response to Paragraph 120 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'
legal positions and claims rather than assertions of fact.

121.    In response to Paragraph 121 of the Complaint, the Paragraph does not
require a response from Defendants to the extent it contains a statement of Plaintiffs'

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

25

2:21-CV-08688

legal positions and claims rather than assertions of fact.

122. In response to Paragraph 122 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

123. In response to Paragraph 123 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants re-allege and incorporate by reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully set forth herein.

124. In response to Paragraph 124 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

125. In response to Paragraph 125 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants  deny each and every allegation contained therein.

126. In response to Paragraph 126 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

127. In response to Paragraph 127 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

128. In response to Paragraph 128 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants deny each and every allegation

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

26

2:21-CV-08688

1  contained therein.

2      129.   In response to Paragraph 129 of the Complaint, the Paragraph does not
3  require a response from Defendants to the extent it contains a statement of Plaintiffs'
4  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
5  intended to assert any factual allegations, Defendants deny each and every allegation
6  contained therein.

7      130.   In response to Paragraph 130 of the Complaint, the Paragraph does not
8  require a response from Defendants to the extent it contains a statement of Plaintiffs'
9  legal positions and claims rather than assertions of fact.

10     131.   In response to Paragraph 131 of the Complaint, the Paragraph does not
11  require a response from Defendants to the extent it contains a statement of Plaintiffs'
12  legal positions and claims rather than assertions of fact.

13     132.   In response to Paragraph 132 of the Complaint, the Paragraph does not
14  require a response from Defendants to the extent it contains a statement of Plaintiffs'
15  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
16  intended to assert any factual allegations, Defendants re-allege and incorporate by
17  reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully
18  set forth herein.

19     133.   In response to Paragraph 133 of the Complaint, the Paragraph does not
20  require a response from Defendants to the extent it contains a statement of Plaintiffs'
21  legal positions and claims rather than assertions of fact. To the extent the Paragraph is
22  intended to assert any factual allegations, Defendants admits the District has placed
23  some of its employees on administrative leave for failure to comply with the policy set
24  for in Exhibit A. Except as admitted, Defendants deny each and every allegation
25  contained therein.

26     134.   In response to Paragraph 134 of the Complaint, the Paragraph does not
27  require a response from Defendants to the extent it contains a statement of Plaintiffs'
28  legal positions and claims rather than assertions of fact.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2:21-CV-08688

135.   In response to Paragraph 135 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

136.   In response to Paragraph 136 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

137.   In response to Paragraph 137 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

138.   In response to Paragraph 138 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants re-allege and incorporate by reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully set forth herein.

139.   In response to Paragraph 139 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact. To the extent the Paragraph is intended to assert any factual allegations, Defendants deny each and every allegation contained therein.

140.   In response to Paragraph 140 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

141.   In response to Paragraph 141 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs' legal positions and claims rather than assertions of fact.

142.   In response to Paragraph 142 of the Complaint, the Paragraph does not require a response from Defendants to the extent it contains a statement of Plaintiffs'

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2:21-CV-08688

1   legal positions and claims rather than assertions of fact.

2        143.   In response to Paragraph 143 of the Complaint, the Paragraph does not

3   require a response from Defendants to the extent it contains a statement of Plaintiffs'

4   legal positions and claims rather than assertions of fact.

5        144.   In response to Paragraph 144 of the Complaint, the Paragraph does not

6   require a response from Defendants to the extent it contains a statement of Plaintiffs'

7   legal positions and claims rather than assertions of fact. To the extent the Paragraph is

8   intended to assert any factual allegations, Defendants re-allege and incorporate by

9   reference each of their responses in Paragraphs 1 through 148 of this Answer as if fully

10  set forth herein.

11       145.   In response to Paragraph 145 of the Complaint, the Paragraph does not

12  require a response from Defendants to the extent it contains a statement of Plaintiffs'

13  legal positions and claims rather than assertions of fact. To the extent the Paragraph is

14  intended to assert any factual allegations, Defendants admit that it has computerized

15  data that it represents to be private and protected. Except as admitted, Defendants deny

16  each and every allegation contained therein.

17       146.   In response to Paragraph 146 of the Complaint, the Paragraph does not

18  require a response from Defendants to the extent it contains a statement of Plaintiffs'

19  legal positions and claims rather than assertions of fact.

20       147.   In response to Paragraph 147 of the Complaint, the Paragraph does not

21  require a response from Defendants to the extent it contains a statement of Plaintiffs'

22  legal positions and claims rather than assertions of fact.

23       148.   In response to Paragraph 148 of the Complaint, the Paragraph does not

24  require a response from Defendants to the extent it contains a statement of Plaintiffs'

25  legal positions and claims rather than assertions of fact.

26       149.   In response to Paragraph 149 of the Complaint, the Paragraph does not

27  require a response from Defendants to the extent it contains a statement of Plaintiffs'

28  legal positions and claims rather than assertions of fact.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

29

2:21-CV-08688

1

2 **AFFIRMATIVE DEFENSES**

3 **FIRST AFFIRMATIVE DEFENSE**

4 **(Fails to State a Claim)**

5     1.    Defendants allege that the Complaint and each cause of action therein fail

6 to state any claim upon which relief can be granted.

7 **SECOND AFFIRMATIVE DEFENSE**

8 **(11th Amendment Bar)**

9     2.    Defendants allege that the Complaint and each cause of action therein are

10 barred by the Eleventh Amendment of the United States Constitution.

11 **THIRD AFFIRMATIVE DEFENSE**

12 **(Sovereign Immunity)**

13     3.    Defendants allege that the Complaint and each cause of action therein are

14 barred by the doctrine of sovereign immunity.

15 **FOURTH AFFIRMATIVE DEFENSE**

16 **(Governmental Claims Act Immunities)**

17     4.    Defendants allege that that the Complaint and each cause of action therein

18 are barred based on the immunities contained in the Governmental Claims Act,

19 including but not limited to because all actions or inactions complained of were the

20 result of official discretion vested in public employees, and accordingly Defendants are

21 immune from suit. (Gov. Code §§ 815 and 820.2)

22 **FIFTH AFFIRMATIVE DEFENSE**

23 **(Qualified/Sovereign Immunity)**

24     5.    Defendants allege that that the Complaint and each cause of action therein

25 are barred as Defendants have immunity against the claims asserted, based on

26 qualified immunity and sovereign immunity.

27 ///

28 ///

## SIXTH AFFIRMATIVE DEFENSE

### (Statute Of Limitations)

6.     Defendants allege that that the Complaint and each cause of action therein are barred by the applicable  statutes of limitations, including Title VII (42 USC sections 2000e (5)(e)(1), (f) (1), California Code of Civil Procedure sections 335.1, 338(a), 340(a), 340(c) and 343 and/or California Government Code sections 12960 and 12965(b).

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure To Exhaust)

7.     Defendants allege that that the Complaint and each cause of action therein are barred by Plaintiffs failure to exhaust administrative and internal remedies, including under the Governmental Claims Act, corresponding District Board policies, and/or the Equal Employment Opportunity Act.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Violation Of Constitutional Right)

8.     Defendants allege that that the Complaint and each cause of action therein fail to adequately allege a violation of a constitutional right.

## NINTH AFFIRMATIVE DEFENSE

### (Exceed Scope)

9.     Defendants allege that that the Complaint and each cause of action therein are barred to the extent Plaintiffs claims exceed the scope of any administrative or internal claims which may have been filed by them.

///

///

///

///

///

///

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

31

2:21-CV-08688

## TENTH AFFIRMATIVE DEFENSE

### (Legitimate Business Reasons)

10.     Defendants allege that that the Complaint and each cause of action therein fail as Defendants acted reasonably and in good faith at all times material herein based on all relevant facts and circumstances known at the time and that all employment actions taken with regard to Plaintiffs were taken for legitimate, non-discriminatory business reasons.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure To Engage In Interactive Process)

11.     Defendants allege, without admitting that they engaged in any of the acts or omissions alleged, that that the Complaint and each cause of action therein are barred, in whole or in part, because Plaintiffs failed to engage in a good faith interactive process with regard to any alleged disability or condition, or religious belief, requiring accommodation.

## TWELTHTH AFFIRMATIVE DEFENSE

### (Undue Hardship)

12.     Defendants allege, without admitting that they engaged in any of the acts or omissions alleged, that that the Complaint and each cause of action therein are barred, in whole or in part, because the purported accommodation(s) sought by Plaintiffs for their alleged disabilities and/or medical conditions and/or religious beliefs would have imposed an undue hardship on Defendants in that such an accommodations would be burdensome and unduly affect the operations of the District.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Bona Fide Occupational Qualifications)

13.     Defendants allege with respect to the Complaint and each cause of action therein that any decisions with respect to Plaintiffs' employment, if they made such decisions, were justified based upon the judgment of individual performance, qualifications, skill, effort, experience, responsibility, merit, seniority, and/or other

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

32

2:21-CV-08688

1    bona fide occupational qualifications.

2    **FOURTEENTH AFFIRMATIVE DEFENSE**

3    **(Unable to Perform Essential Duties)**

4    14.    Defendants allege that the Complaint and each cause of action therein are

5    barred to the extent that Plaintiffs, even with reasonable accommodation, were unable

6    to perform the essential duties of Plaintiffs' positions and/or to perform these duties in

7    a manner that would not endanger Plaintiffs' health or safety or the health or safety of

8    others.

9    **FIFTEENTH AFFIRMATIVE DEFENSE**

10    **(Reasonable Accommodation)**

11    15.    Defendants are informed and believe that a reasonable opportunity for

12    investigation and discovery will reveal and, on that basis allege, that the that the

13    Complaint and each cause of action therein are barred, in whole or in part, because to

14    the extent that the Court may find that Plaintiffs do have a disabilities that limit major

15    life activities and/or religious beliefs that Defendants had an obligation to reasonably

16    accommodate, a reasonable accommodation was offered and/or provided to the extent

17    Defendants had knowledge of same and which legally required accommodation, and/or

18    no reasonable accommodation existed which would have permitted Plaintiffs to perform

19    the essential functions of their positions.

20    **SIXTEENTH AFFIMATIVE DEFENSE**

21    **(Failure to Provide Certification)**

22    16.    Defendants are informed and believe that a reasonable opportunity for

23    investigation and discovery will reveal and, on that basis allege, that the that the

24    Complaint and each cause of action therein are barred, in whole or in part, because

25    Plaintiffs failed to provide the requisite medical or other certifications to support their

26    requests for accommodation.

27    ///

28    ///

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

33

2:21-CV-08688

1

## SEVENTEENTH AFFIRMATIVE DEFENSE

2

### (After-Acquired Evidence)

3      17.    Defendants allege that the Plaintiffs' Complaint and each cause of action

4   therein fail as Defendants acted reasonably and in good faith at all times material herein

5   based on all relevant facts and circumstances known at the time and that all employment

6   actions taken with regard to Plaintiffs were taken for legitimate, non-discriminatory

7   business reasons.

8

## EIGHTTEENTH AFFIRMATIVE DEFENSE

9

### (Mitigation)

10     18.    Defendants allege that any recovery to which Plaintiffs might be entitled

11   (and Defendants do not admit that Plaintiffs are entitled to any recovery) must be

12   reduced by reason of Plaintiffs' failure and/or refusal to exercise reasonable diligence

13   to mitigate their alleged damages.

14

## NINETEENTH AFFIRMATIVE DEFENSE

15

### (Preemption)

16     19.    Defendants allege that Plaintiffs' Complaint and claims alleged therein are

17   barred as they are subject to preemption, including preemption by the applicable

18   Collective Bargaining Agreements and the contractual arbitration process contained

19   therein and/or the Educational Employment Relations Act ("EERA") (Government

20   Code section 3540, *et seq*.).

21

## TWENTIETH AFFIRMATIVE DEFENSE

22

### (Justified)

23     20.    Defendants allege that the Complaint and each cause of action therein fail

24   as the alleged invasions of privacy were justified because they substantively furthered

25   one or more countervailing interest including protecting the health of the District's

26   students and faculty.

27   ///

28   ///

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

34

2:21-CV-08688

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Limited Intrusion)

21.    Defendants allege that that the Complaint and each cause of action therein fail as the alleged invasions of privacy were limited in scope such that no confidential information was gathered or disclosed.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Consent)

22.    Defendants allege that that the Complaint and each cause of action therein fail as Plaintiffs consented to the alleged invasions of privacy.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Legitimate Public Concern)

23.    Defendants allege that that the Complaint and each cause of action therein fail as the alleged invasions of privacy was a matter of legitimate public concern and/or governmental interests and/or a compelling state interest.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Limited Disclosure)

24.    Defendants allege that Plaintiffs' that the Complaint and each cause of action therein fail as the alleged invasions of privacy were not widely disclosed.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Damages From Disclosure)

25.    Defendants allege that that the Complaint and each cause of action therein fail as the alleged invasions of privacy did not result in any tangible injury to Plaintiffs or was not the actual or proximate cause of Plaintiffs' alleged injuries.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Reasonable Expectation Of Privacy)

26.    Defendants allege that that the Complaint and each cause of action therein fail as Plaintiffs did not have a reasonable expectation of privacy with respect to the information allegedly disclosed.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

35

2:21-CV-08688

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Reasonable Security Maintained)**

27.    Defendants allege that the Complaint and each cause of action therein fail as Defendants maintained reasonable security measures with respect to the information allegedly disclosed.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Failure To Follow Cal. Civil Code sec. 1798.150(a))**

28.    Defendants allege that the Complaint and each cause of action therein fail as Plaintiffs failed to comply with Cal. Civil Code sec. 1798.150(a).

**TWENTY-NINETH AFFIRMATIVE DEFENSE**

**(Cal. Workers' Compensation Exclusory)**

29.    Defendants allege that Plaintiffs' that the Complaint and each cause of action therein fail as it is barred by the exclusive remedy provisions of the California Workers' Compensation Act, California Labor Code sections 3600 *et seq*., and California Labor Code section 132a, in that: (1) the injuries complained of allegedly occurred when both Plaintiffs and Defendants were subject to California Labor Code sections 3600 to 3601; (2) at the time of the alleged injuries, Plaintiffs were performing services incidental to Plaintiffs' employment and was acting within the course and scope of Plaintiffs' employment; (3) Plaintiffs allege that the injuries were caused by Plaintiffs' employment; (4) Plaintiffs' employment was covered by workers' compensation; and (5) Defendants paid the entire costs for that coverage.  Accordingly, this Court lacks subject matter jurisdiction over said claims.

**THIRTIETH AFFIRMATIVE DEFENSE**

**(Non-Residents Lack Standing)**

30.    Defendants allege that the Complaint and each cause of action therein fail as Plaintiff Health Freedom Defense Fund, Inc. is a Wyoming corporation and thus lacks the requisite standing.

///

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

36                                    2:21-CV-08688

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (No Article III Standing)

31.    Defendants allege that that the Complaint and each cause of action therein fail as Plaintiffs lack standing under Article III of the U.S. Constitution, as they have not alleged a concrete injury traceable to Defendants' alleged conduct.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Not An Agency)

32.    Defendants allege that that the Complaint and each cause of action therein fail as Defendants are not an "Agency," as defined by California law, and are therefore not within the scope of the statute.

## THIRTY-THREE AFFIRMATIVE DEFENSE

### (Not Proximate Cause)

33.    Defendants allege that that the Complaint and each cause of action therein fail as the alleged conduct did not result in any tangible injury to Plaintiffs or was not the actual or proximate cause of Plaintiffs' alleged injuries.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (No Breach Of The Security Of The System)

34.    Defendants allege that that the Complaint and each cause of action therein fail as there was no "breach of the security of the system" as required and defined in the applicable statute as there was no unauthorized acquisition of computerized data.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Good Faith Acquisition)

35.    Defendants allege that that the Complaint and each cause of action therein fail as there was no "breach of the security of the system" as required and defined in the applicable statute as any acquisition was in good faith.

///

///

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

37

2:21-CV-08688

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Not Personal Information)

36.    Defendants allege that that the Complaint and each cause of action therein fail as the information in question was not "personal information" as defined in the applicable statute.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (Encrypted Information)

37.    Defendants allege that that the Complaint and each cause of action therein fail as the information in question was encrypted and therefor the referenced statute is not applicable.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

### (Waiver)

38.    Defendants allege that that the Complaint and each cause of action therein are barred, in whole or in part, by the equitable doctrine of waiver.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

### (Laches)

39.    Defendants allege that that the Complaint and each cause of action therein are barred, in whole or in part, by the equitable doctrine of laches.

## FORTIETH AFFIRMATIVE DEFENSE

### (Unclean Hands)

40.    Defendants allege that that the Complaint and each cause of action therein fail are barred, in whole or in part, by the equitable doctrine of unclean hands.

## FORTY-FIRST AFFIRMATIVE DEFENSE

### (Estoppel/Res Judicata)

41.    Defendants allege that that the Complaint and each cause of action therein fail are barred, in whole or in part, due to the doctrines of collateral estoppel and/or res judicata.

///

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

38

2:21-CV-08688

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for relief from this Court that:

     1.    Plaintiffs take nothing by this Complaint;

     2.    The Complaint be dismissed in its entirety with prejudice;

     3.    Judgment be entered against Plaintiffs and in favor of Defendants; and

     4.    Defendants be awarded his/her/their costs of suit, attorneys' fees, and such further relief as the Court deems appropriate.

Dated:     December 8, 2021

LITTLER MENDELSON P.C.


/s/ Connie L. Michaels
Connie L. Michaels
Robert Conti
Donna Leung

Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL
DISTRICT, MEGAN REILLY, ILEANA
DAVOLOS, GEORGE MCKENNA,
MONICA GARCIA, SCOTT
SCHMERELSON, NICK MELVOIN,
JACKIE GOLDBERG, KELLY GONEZ
and TANYA ORTIZ FRANKLIN

4887-8536-1669.5 / 050758-1001

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

39

2:21-CV-08688