1  Connie L. Michaels, Bar No. 128065
   cmichaels@littler.com
2  Donna Leung, Bar No. 305955
   dleung@littler.com
3  LITTLER MENDELSON P.C.
   2049 Century Park East, 5th Floor
4  Los Angeles, California  90067.3107
   Telephone:  310.553.0308
5  Fax No.:    310.553.5583

6  Robert W. Conti, Bar No. 137307
   rconti@littler.com
7  LITTLER MENDELSON P.C.
   18565 Jamboree Road, Suite 800
8  Irvine, California  92612
   Telephone:  949.705.3000
9  Fax No.:    949.724.1201

10 Attorneys for Defendants
   LOS ANGELES UNIFIED SCHOOL
11 DISTRICT, MEGAN REILLY, ILEANA
   DAVOLOS, GEORGE MCKENNA, MONICA
12 GARCIA, SCOTT SCHMERELSON, NICK
   MELVOIN, JACKIE GOLDBERG, KELLY
13 GONEZ and TANYA ORTIZ FRANKLIN

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16

| 17 | HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; MIGUEL SOTELO; MARIEL HOWSEPIANRODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA; | Case No. 2:21-cv-08688 DSF-PVCx |
|---|---|---|
| | | **DECLARATION OF CONNIE L. MICHAELS REGARDING 2/2/22 ORDER TO SHOW CAUSE** |
| 21 | Plaintiffs, | |
| 22 | v. | Complaint Filed: November 3, 2021<br>Trial Date:        TBD |
| 23 | MEGAN K. REILLY, in her official capacity as Interim Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MÓNICA | |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

2:21-CV-08688

| | |
|---|---|
| 1 | GARCÍA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board. |
| | Defendants. |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

2:21-CV-08688

## DECLARATION OF CONNIE L. MICHAELS

I, CONNIE L. MICHAELS, declare as follows:

1. I am an attorney and shareholder with the Littler Mendelson law firm, which is counsel for Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT, MEGAN REILLY, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN (collectively "Defendants") in the above-entitled matter. I am duly licensed to practice law before this Court. I have personal knowledge of all matters contained in this declaration unless otherwise indicated and, if called on as a witness, I could and would competently testify hereto.

2. I submit this Declaration in response to the Order to Show Cause ("OSC") Re: Sanctions, issued by this Court on February 2, 2022.

3. I assigned the Schedule of Pretrial and Trial Dates, attached as Exhibit A to Defendants' Rule 26(f) Report, to be prepared by my associate, Donna Leung. I regularly work with Ms. Leung, and do not recall having or learning of any prior concerns with her work product. While I reviewed the Report and Schedule before they were filed, I apparently did not confirm that each date in the Schedule aligned with the suggested "Weeks Before Trial" column, relying instead on my colleague's representation that it had been prepared in accordance with this Court's rules and instructions. Since receiving this Court's OSC, I have become aware that the Schedule was not fully compliant. I sincerely apologize for the inconvenience and burden this has caused the Court. I will personally confirm all aspects of such submissions in the future.

4. I respectfully request that the Court not attribute this inadvertent mistake to Defendants, and that it excuse counsel's conduct, find acceptable the explanations in this and Ms. Leung's declaration, and refrain from imposing sanctions.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3                                    2:21-CV-08688

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 8th day of February, 2022 in Los Angeles, California

/s/ *Connie L. Michaels*
CONNIE L. MICHAELS

4865-6695-8348.1 / 050758-1054

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4

2:21-CV-08688