| | |
|---|---|
| 1 | Connie L. Michaels, Bar No. 128065 |
| | cmichaels@littler.com |
| 2 | Donna Leung, Bar No. 305955 |
| | dleung@littler.com |
| 3 | LITTLER MENDELSON P.C. |
| | 2049 Century Park East, 5th Floor |
| 4 | Los Angeles, California  90067.3107 |
| | Telephone:  310.553.0308 |
| 5 | Fax No.:    310.553.5583 |
| 6 | Robert W. Conti, Bar No. 137307 |
| | rconti@littler.com |
| 7 | LITTLER MENDELSON P.C. |
| | 18565 Jamboree Road, Suite 800 |
| 8 | Irvine, California  92612 |
| | Telephone:  949.705.3000 |
| 9 | Fax No.:    949.724.1201 |
| 10 | Attorneys for Defendants |
| | LOS ANGELES UNIFIED SCHOOL |
| 11 | DISTRICT, MEGAN REILLY, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA |
| 12 | GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY |
| 13 | GONEZ and TANYA ORTIZ FRANKLIN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; MIGUEL SOTELO; MARIEL HOWSEPIANRODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA; | Case No. 2:21-cv-08688 DSF-PVCx |
| | | **DECLARATION OF DONNA M. LEUNG REGARDING ORDER TO SHOW CAUSE** |
| 21 | Plaintiffs, | |
| 22 | v. | Complaint Filed: November 3, 2021 |
| | | Trial Date:        TBD |
| 23 | MEGAN K. REILLY, in her official capacity as Interim Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MÓNICA | |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1

2:21-CV-08688

| | |
|---|---|
| 1 | GARCÍA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| | Defendants. |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

2:21-CV-08688

# DECLARATION OF DONNA M. LEUNG

I, DONNA M. LEUNG, declare as follows:

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, counsel for Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT, MEGAN REILLY, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN (collectively "Defendants") in the above-entitled matter. I am duly licensed to practice law before this Court. I have personal knowledge of all matters contained in this declaration unless otherwise indicated and, if called on as a witness, I could and would competently testify hereto.

2. I submit this Declaration in response to the Order to Show Cause ("OSC") Re: Sanctions, issued by this Court on February 2, 2022.

3. I assisted in preparing the Schedule of Pretrial and Trial Dates, attached as Exhibit A to Defendants' Rule 26(f) Report. While I did my best to ensure the dates Defendants requested in the Schedule aligned with the suggested "Weeks Before Trial" column – with the exception of the proposed trial date and pretrial conference date – I mistakenly failed to ensure all other requested pre-trial dates must fall on a Monday and that requested dates do not fall on a holiday. Accordingly, Defendants' proposed pre-trial dates did not comply with this Court's instructions as set out in its Order Setting Scheduling Conference. I sincerely apologize for the inconvenience, burdem, and confusion this has caused the Court.

4. Concurrently filed with this Declaration are the Parties' Joint Rule 26(f) Report and a revised Schedule of Proposed Pretrial and Trial Dates in compliance with the Court's Order Setting Scheduling Conference.

5. I respectfully request that the Court not attribute this inadvertent mistake to Defendants by way of imposing sanctions and accept the above response and explanation as good cause to discharge its pending Order to Show Cause.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3

2:21-CV-08688

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 6th day of February, 2022 in Los Angeles, California

/s/ *Donna M. Leung*
DONNA M. LEUNG

4865-6695-8348.1 / 050758-1054

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4

2:21-CV-08688