Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile: (951) 600-4996

Brant C. Hadaway (*Pro Hac Vice*)
bhadaway@davillierlawgroup.com
HADAWAY, PLLC
2425 Lincoln Ave.
Miami, Florida 33133
Telephone: (305) 389-0336

George R. Wentz, Jr. (*Pro Hac Vice*)
gwentz@davillierlawgroup.com
DAVILLIER LAW GROUP, LLC
935 Gravier Street, Ste. 1702
New Orleans, LA 70112
Telephone: (504) 458-7143

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association, MIGUEL SOTELO; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA<br><br>        Plaintiffs,<br>  v.<br><br>ALBERTO CARVALHO, in his official capacity as Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her | Case No.: 2:21-cv-08688-DSF-PVC<br><br>**JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>[Fed.R.Civ.P. Rule 15(a)(2)] |

official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MÓNICA GARCÍA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board.

                Defendants.

WHEREAS, this matter was filed on November 3, 2021, by Plaintiffs;

WHEREAS, on November 17, 2021, Plaintiffs filed a First Amended Complaint ("FAC");

WHEREAS, on December 8, 2021, Defendants filed an Answer to the FAC;

WHEREAS, Plaintiffs' FAC inadvertently omitted adding CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM as a party;

WHEREAS, Plaintiff MARIEL HOWSEPIAN-RODRIGUEZ has been granted an exemption to vaccination and an accommodation, and thus wishes to withdraw her claim and be dismissed as a party;

WHEREAS, ALBERTO CARVALHO has been appointed as Superintendent of the Los Angeles United School District, and should be substituted in his official capacity for Defendant MEGAN K. REILLY;

WHEREAS, Plaintiffs retained new local counsel, ADVOCATES FOR FAITH & FREEDOM on or about January 26, 2022;

WHEREAS, on February 17, 2022 Brant C. Hadaway was admitted Pro Hac Vice as lead counsel.

WHEREAS, due in part to the predominance of the Omicron variant, the epidemiological situation vis a vis COVID-19 has shifted significantly since the

filing of the Amended Complaint;

WHEREAS, in light of the foregoing, and in the interest of somewhat narrowing the factual issues for discovery and trial, Plaintiffs wish to file a Second Amended Complaint to address the current situation and to narrow down the fact issues.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. Rule 15(a)(2), by and between Plaintiffs HEALTH FREEDOM DEFENSE FUND, INC., CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, MIGUEL SOTELO, JEFFREY FUENTES, SANDRA GARCIA, HOVHANNES SAPONGHIAN, and NORMA BRAMBILA and Defendants ALBERTO CARVALHO, ILEANA DAVALOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN, acting through their duly authorized counsel, as follows:

1. Plaintiffs shall be permitted to file their Second Amended Complaint. A copy of the proposed Second Amended Complaint is attached hereto as **Exhibit "1."**

2. The parties stipulate and agree that this stipulation shall not be construed as an admission or concession by Defendants that any portion of the Second Amended Complaint states a valid claim or has relevance to Plaintiffs' causes of action.

Dated: March 14, 2022					ADVOCATES FOR FAITH & FREEDOM

								s/ Robert H. Tyler
								Robert Tyler

								HADAWAY, PLLC

Dated: March 14, 2022					s/ Brant C. Hadaway
								Brant C. Hadaway

JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

|   |   |
|---|---|
|   | Attorneys for Plaintiffs HEALTH FREEDOM DEFENSE FUND, INC., CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, MIGUEL SOTELO, JEFFREY FUENTES, SANDRA GARCIA, HOVHANNES SAPONGHIAN, and NORMA BRAMBILA |
| Dated: March 14, 2022 | LITTLER MENDELSON P.C. |
|   | s/ Connie L. Michaels  
Connie L. Michaels  
Robert Conti  
Donna Leung |
|   | Attorneys for Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT, MEGAN REILLY, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN |

## SIGNATURE CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: March 14, 2022         By: s/ Robert H. Tyler
                                  Robert H. Tyler

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022, I electronically filed **STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on March 14, 2022, at Murrieta, California.

/s/ Robert H. Tyler
Robert H. Tyler