**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association, MIGUEL SOTELO; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA | Case No.: 2:21-cv-08688-DSF-PVC<br><br>**ORDER APPROVING STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [63]**<br><br>[Fed.R.Civ.P. Rule 15(a)(2)] |

           Plaintiffs,

    v.

ALBERTO CARVALHO, in his official capacity as Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MÓNICA GARCÍA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles

1

Unified School District governing
board.

                     Defendants.

## ORDER

Having read and considered the Stipulation submitted by Plaintiffs HEALTH FREEDOM DEFENSE FUND, INC., CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, MIGUEL SOTELO, JEFFREY FUENTES, SANDRA GARCIA, HOVHANNES SAPONGHIAN, and NORMA BRAMBILA and Defendants ALBERTO CARVALHO, ILEANA DAVALOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN, acting through their duly authorized counsel, that Plaintiffs shall have leave to file a Second Amended Complaint to (1) correct the caption to add Plaintiff CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM; (2) dismiss Plaintiff MARIEL HOWSEPIAN-RODRIGUEZ as her request for a religious exemption was granted, and (3) to update the complaint to address the evolving current situation and to narrow down fact issues and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

IT IS FURTHER ORDERED that Plaintiff, CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM is added to the instant case.

IT IS FURTHER ORDERED that Plaintiff, MARIEL HOWSEPIAN-RODRIGUEZ is dismissed from the case.

IT IS FURTHER ORDERED that Plaintiffs' proposed Second Amended Complaint, a copy of which is attached to the Stipulation as Exhibit 1, may and hereby shall be deemed to be filed with an effective date commensurate with the entry of this Order and that the Clerk of the Court is therefore instructed to accept the Second Amended Complaint for filing in accordance herewith.

1    IT is FURTHER ORDERED that Defendants' will file a response within 30

2  days from date the second amended complaint is deemed filed by the Court.

3    IT IS SO ORDERED.

4

5  DATED:  March 14, 2022                    _____

6                                            Dale S. Fischer
                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28