Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Mariah R. Gondeiro, Esq., CA Bar No. 323683
mgondeiro@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 600-2733
Facsimile:   (951) 600-4996

Hadaway, PLLC
Brant C. Hadaway (*Pro Hac Vice*)
bhadaway@davillierlawgroup.com
2425 Lincoln Ave.
Miami, Florida 33133
Telephone:  (305) 389-0336

George R. Wentz, Jr. (*Pro Hac Vice*)
gwentz@davillierlawgroup.com
DAVILLIER LAW GROUP, LLC
935 Gravier Street, Ste. 1702
New Orleans, LA 70112
Telephone:  (504) 458-7143

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEALTH FREEDOM DEFENSE FUND, INC.,** a Wyoming Not-for-Profit Corporation**; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM,** an unincorporated association**; MIGUEL SOTELO; JEFFREY FUENTES; SANDRA GARCIA; HOVHANNES SAPONGHIAN; and NORMA BRAMBILA**<br><br>       Plaintiffs,<br>    v.<br><br>**ALBERTO CARVALHO**, in his official capacity as Superintendent of the Los Angeles Unified School | Case No.: 2:21-cv-08688-DSF-PVC<br><br>**NOTICE OF CORRECTED EXHIBITS REGARDING EXHIBITS "B" AND "C" TO THE SECOND AMENDED COMPLAINT FILED BY PLAINTIFFS**<br><br>Judge: Hon. Dale S. Fischer |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | District; **ILEANA DAVALOS**, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; **GEORGE MCKENNA, MÓNICA GARCÍA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ**, and **TANYA ORTIZ FRANKLIN**, in their official capacities as members of the Los Angeles Unified School District governing board,<br>                    Defendants. |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, HEALTH FREEDOM DEFENSE FUND, INC., CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, MIGUEL SOTELO; JEFFREY FUENTES; SANDRA GARCIA; HOVHANNES SAPONGHIAN; and NORMA BRAMBILA ("Plaintiffs"), hereby submit this Notice of Corrected Exhibits in connection with the filing of their Second Amended Complaint.

Due to mistake and inadvertence, Plaintiffs' Second Amended Complaint, which refers to Exhibits "B" and "C" as executed Declarations from Lucie Haisen, Nicole Perez Bravatti and Nancy Worsham, were filed attaching the unexecuted copies of the declarations. The executed declarations have been attached to all prior versions of the Complaint but were inadvertently omitted from the Second Amended Complaint.

The Second Amended Complaint should have the executed declarations attached as Exhibits "B" and "C." The attached document, **Exhibit 1** is a complete version of the Second Amended Complaint with the correct Exhibits "B" and "C."

///

Counsel for Plaintiffs apologizes for the error and any inconvenience it may have caused.

ADVOCATES FOR FAITH & FREEDOM

Dated: April 22, 2022

/s/ Mariah R. Gondeiro
Mariah R. Gondeiro

DAVILLIER LAW GROUP

Dated: April 22, 2022

/s/ Brant Hadaway
Brant Hadaway

Dated: April 22, 2022

/s/ George R. Wentz, Esq.
George R. Wentz

Attorneys for Plaintiffs
Health Freedom Defense Fund, Inc.,
California Educators for Medical Freedom,
Miguel Sotelo, Jeffrey Fuentes, Sandra Garcia, Hovhannes Saponghian and Norma Brambila