|   |   |
|---|---|
| 1 | Connie L. Michaels, SBN 128065 |
|   | cmichaels@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, California 90067.3107 |
|   | Telephone: 310.553.0308 |
| 4 | Fax No.: 310.553.5583 |
|   |   |
| 5 | Nicholas W. McKinney, Bar No. 322792 |
|   | nmckinney@littler.com |
| 6 | Joy C. Rosenquist, Bar No. 214926 |
|   | jrosenquist@littler.com |
| 7 | LITTLER MENDELSON P.C. |
|   | 500 Capitol Mall, Suite 2000 |
| 8 | Sacramento, California 95814 |
|   | Telephone: 916.830.7200 |
| 9 | Fax No.: 916.561.0828 |
|   |   |
| 10 | Carrie A. Stringham, Bar No. 272731 |
|   | cstringham@grsm.com |
| 11 | LITTLER MENDELSON P.C. |
|   | 500 W. Broadway, Suite 900 |
| 12 | San Diego, California 92101 |
|   | Telephone: 619.515.1836 |
| 13 | Fax No.: 619.340.4283 |
|   |   |
| 14 | Attorneys for Defendants |
|   | MEGAN REILLY, ILEANA DAVOLOS, |
| 15 | GEORGE MCKENNA, MONICA GARCIA, |
|   | SCOTT SCHMERELSON, NICK MELVOIN, |
| 16 | JACKIE GOLDBERG, KELLY GONEZ AND |
|   | TANYA ORTIZ FRANKLIN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association; MIGUEL SOTELO; MARIEL HOWSEPIANRODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA, <br><br> Plaintiffs, <br><br> v. <br><br> MEGAN K. REILLY, in her official capacity as Interim Superintendent of the Los Angeles Unified School District; ILEANA | Case No. 2:21-cv-08688 DSF-PVCx <br><br> Hon. Dale S. Fischer <br><br> **DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> [Filed concurrently with Defendant's Memorandum of Points & Authorities Iso Motion for Judgment on the Pleadings, Declaration of Carrie Stringham Iso Motion for Judgment on the Pleadings; and (Proposed) Order] |
|---|---|

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

2:21-CV-08688 DSF-PVCX

DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board,

Defendants.

Date: September 12, 2022
Time: 1:30 p.m.
Courtroom: 7D

Trial Date: TBD
Complaint filed: November 3, 2021

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 12, 2022, at 1:30 p.m., or as soon thereafter as this matter may be heard by the Honorable Dale S. Fischer, of the United States District Court, Central District of California, Defendants MEGAN REILLY, ILEANA DAVALOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ AND TANYA ORTIZ FRANKLIN ("Defendants"), will and hereby do move the Court for judgment on the pleadings as to each of the seven causes of action asserted in Plaintiffs HEALTH FREEDOM DEFENSE FUND, INC., CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, MIGUEL SOTELO, JEFFREY FUENTES, SANDRA GARCIA, HOVHANNES SAPONGHIAN, and NORMA BRAMBILA's ("Plaintiffs") Complaint.

This motion is made following the conference of counsel pursuant to L.R. 7–3. *See* Declaration of Carrie A. Stringham in Support of Defendants' Motion for Judgment on the Pleadings, ¶¶ 3-4.

This motion is made pursuant to Federal Rule of Civil Procedure 12(c) on the grounds that Plaintiff's first, second, third, fourth, fifth, sixth, and seventh causes of action fail as the court does not have jurisdiction over Defendants based on their Eleventh Amendment Sovereign Immunity and each of the claims fail to allege sufficient facts upon which relief can be granted.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

2:21-CV-08688 DSF-PVCX

This motion will be based upon this Notice of Motion and Motion, the concurrently filed and served Memorandum of Points and Authorities in support thereof, the Declaration of Carrie A. Stringham and exhibit attached thereto, the papers and pleadings on file in this case, and any oral argument that may be heard on the motion.

Dated: July 29, 2022

LITTLER MENDELSON, P.C.

/s/ *Carrie A. Stringham*
Connie L. Michaels
Carrie A. Stringham

Attorneys for Defendants
MEGAN REILLY, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN

4884-0418-0262.1 / 050758-1054
06/24/22

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3

2:21-CV-08688 DSF-PVCX