| | |
|---|---|
| 1 | Connie L. Michaels, SBN 128065 |
| | cmichaels@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, California 90067.3107 |
| | Telephone: 310.553.0308 |
| 4 | Fax No.: 310.553.5583 |
| 5 | Nicholas W. McKinney, Bar No. 322792 |
| | nmckinney@littler.com |
| 6 | Joy C. Rosenquist, Bar No. 214926 |
| | jrosenquist@littler.com |
| 7 | LITTLER MENDELSON P.C. |
| | 500 Capitol Mall, Suite 2000 |
| 8 | Sacramento, California 95814 |
| | Telephone: 916.830.7200 |
| 9 | Fax No.: 916.561.0828 |
| 10 | Carrie A. Stringham, Bar No. 272731 |
| | cstringham@littler.com |
| 11 | LITTLER MENDELSON P.C. |
| | 500 W. Broadway, Suite 900 |
| 12 | San Diego, California 92101 |
| | Telephone: 619.515.1836 |
| 13 | Fax No.: 619.340.4283 |
| 14 | Attorneys for Defendants |
| | MEGAN REILLY, ILEANA DAVOLOS, |
| 15 | GEORGE MCKENNA, MONICA GARCIA, |
| | SCOTT SCHMERELSON, NICK MELVOIN, |
| 16 | JACKIE GOLDBERG, KELLY GONEZ AND |
| | TANYA ORTIZ FRANKLIN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association; MIGUEL SOTELO; MARIEL HOWSEPIANRODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA, | | Case No. 2:21-cv-08688 DSF-PVCx |
| | | Hon. Dale S. Fischer |
| | | **DECLARATION OF CARRIE A. STRINGHAM IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Plaintiffs, | | |
| v. | | [Filed concurrently with Defendant's Notice of Motion and Motion for Judgment on the Pleadings; Memorandum f Points and Authorities In Support Of |
| MEGAN K. REILLY, in her official capacity as Interim Superintendent of the Los Angeles Unified School District; ILEANA | | |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

2:21-CV-08688 DSF-PVCX

| | |
|---|---|
| 1  DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board, Defendants. | Defendants' Motion For Judgment On The Pleadings; and (Proposed) Order]<br><br>Date:  September 12, 2022<br>Time:  1:30 p.m.<br>Courtroom: 7D<br><br>Trial Date: March 13, 2023<br>Complaint filed:  November 3, 2021 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

2:21-CV-08688 DSF-PVCX

# DECLARATION OF CARRIE A. STRINGHAM

I, CARRIE A. STRINGHAM, declare as follows:

1. I am an attorney with the Littler Mendelson law firm, which is counsel for Defendants MEGAN REILLY, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN (collectively "Defendants") in the above-entitled matter. I am duly licensed to practice law before this Court. I have personal knowledge of all matters contained in this declaration unless otherwise indicated and, if called on as a witness, I could and would competently testify hereto.

2. I submit this Declaration in support of Defendants' compliance with the meet and confer requirements of Local Rule 7-3 in relation to the concurrently filed Motion for Judgment on the Pleadings.

3. In accordance with Local Rule 7-3, the Parties met and conferred regarding the deficiencies in the Second Amended Complaint ("SAC") identified by Defendants; however, the parties could not reach an agreement as to the dismissal of each of Plaintiffs' claims.

4. On June 23, 2022, Defendants sent a detailed correspondence (12 pages in length) to Plaintiffs' counsel to meet and confer pursuant to Local Rule 7-3 regarding the perceived deficiencies in the Complaint, specifying the specific legal and factual issues with each of the seven causes of action.

5. Thereafter, on July 8, 2022, the attorneys for Plaintiffs and Defendants participated in a conference call to discuss the issues outlined in Defendants' June 23, 2022, correspondence. During the call, Plaintiffs' counsel, Brant Hadaway, advised he would review our position in more detail and would likely dismiss some of the claims.

6. On July 15, 2022, Plaintiffs' counsel advised that Plaintiffs agreed to dismiss the third through seventh causes of action. However, rather than dismissing the

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3                                                2:21-CV-08688 DSF-PVCX

claims as indicated, Plaintiffs' counsel requested Defendants stipulate to the filing of a Third Amended Complaint to add new parties and new allegations.

7. On July 25, 2022, counsel for Defendants advised Plaintiffs' counsel that Defendants would not agree to the belated request, particularly given that such amendments would not cure the defects, at least as to the first and second causes of action, already discussed. On the same date, I am informed and believe and on that basis state that counsel for Defendants, Connie Michaels, had a telephone call with counsel for Plaintiffs, Allen Shoff, at which time Ms. Michaels requested the status of the dismissal of the third - seventh causes of action. She noted that it had been ten (10) days since Plaintiffs' counsel had agreed to dismiss those claims and Defendants understood that their dismissal was not contingent upon an agreement to allow Plaintiffs to file a Third Amended Complaint. At that time, Mr. Shoff would not commit to dismissing these claims with prejudice but indicated he would speak with his colleagues and then be back in contact with defense counsel.

8. To date, Plaintiffs have not taken any action to dismiss the third - seventh causes of action. Given the impending trial related deadlines, and in order to narrow the scope of the case for trial, Defendants are pursuing the instant Motion as the most expeditious means to address the perceived deficiencies in the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of July, 2022 in San Diego, California

/s/ *Carrie A. Stringham*
CARRIE A. STRINGHAM

4885-8819-9980.1 / 050758-1054
07/28/22

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4                                    2:21-CV-08688 DSF-PVCX