UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association; MIGUEL SOTELO; MARIEL HOWSEPIANRODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEGAN K. REILLY, in her official capacity as Interim Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board,<br><br>    Defendants. | Case No. 2:21-cv-08688 DSF-PVCx<br><br>Hon. Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Filed concurrently with Defendant's Notice of Motion and Motion for Judgment on the Pleadings; Memorandum of Points & Authorities Iso Motion for Judgment on the Pleadings, and Declaration of Carrie Stringham Iso Motion for Judgment on the Pleadings]<br><br>Date: September 12, 2022<br>Time: 1:30 p.m.<br>Courtroom: 7D<br><br>Trial Date: March 13, 2023<br>Complaint filed: November 3, 2021 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

2:21-CV-08688 DSF-PVCX

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants' MEGAN REILLY, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ AND TANYA ORTIZ FRANKLIN ("Defendants") Motion for Judgment on the Pleadings ("Motion") came on for hearing in Department 7D of the above-captioned Court, the Honorable Dale S. Fischer presiding.

The Court, having considered the moving papers and opposing papers, the argument of counsel, and good cause appearing therefore, hereby ORDERS, as follows:

1. Defendants' Motion is GRANTED in its entirety.
2. The Second Amended Complaint is dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2022          Respectfully submitted,

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

4878-6802-7436.1 / 050758-1054
07/28/22

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2                                    2:21-CV-08688 DSF-PVCX