1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; MIGUEL SOTELO; MARIEL HOWSEPIANRODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA;<br><br>    Plaintiffs,<br><br>    v.<br><br>MEGAN K. REILLY, in her official capacity as Interim Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MÓNICA GARCÍA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board.<br>        Defendants. | Case No. 2:21-cv-08688 DSF-PVCx<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER RE DEADLINE TO EXCHANGE OF EXPERT DESIGNATION**<br><br>.<br>Courtroom:  7D |

1

The Court, having reviewed the Parties' Stipulation, and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS that the Scheduling Order be modified as follows:

The Expert Exchange Dates will be extended for Initial Exchange from August 1, 2022, to September 1, 2022; Rebuttal of Experts will be extended from August 29, 2022, to September 29, 2022;

The discovery cut-off date will be extended from October 17, 2022, to November 18, 2022.

**IT IS SO ORDERED.**

Dated: August 5, 2022

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE