| | |
|---|---|
| 1 | Connie L. Michaels, Bar No. 128065 |
| 2 | cmichaels@littler.com |
|   | LITTLER MENDELSON P.C. |
| 3 | 2049 Century Park East, 5th Floor |
|   | Los Angeles, California  90067.3107 |
| 4 | Telephone:  310.553.0308 |
|   | Fax No.:     310.553.5583 |

*(Additional defense counsel are listed on a subsequent page)*

Attorneys for Defendants
ALBERTO CARVALHO, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association, MIGUEL SOTELO; MARIEL HOWSEPIAN RODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA;<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT CARVALHO, in his official capacity as Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board.<br>Defendants. | Case No. 2:21-cv-08688 DSF-PVCx<br><br>Hon. Dale S. Fischer<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND REPLY BRIEF IN SUPPORT THEREOF**<br><br>Date:      September 12, 2022<br>Time:     1:30 p.m.<br>Courtroom: 7D<br><br>Complaint Filed: November 3, 2021<br>SAC Filed: March 14, 2022<br>Trial Date:  March 14, 2023 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

2:21-CV-08688 DSF-PVCX

1  JOY C. ROSENQUIST, Bar No. 214926
   jrosenquist@littler.com
2  NICHOLAS W. McKINNEY, Bar No. 322792
   nmckinney@littler.com
3  LITTLER MENDELSON P.C.
   500 Capitol Mall, Suite 2000
4  Sacramento, California  95814
   Telephone:  916.830.7200
5  Fax No.:    916.561.0828

6  CARRIE A. STRINGHAM, Bar No. 272731
   cstringham@littler.com
7  LITTLER MENDELSON P.C.
   501 W. Broadway, Suite 900
8  San Diego, CA 92101-3577
   Telephone:  619.515.1836
9  Fax.:       619.232.4302

10 Additional Attorneys for Defendants

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2                            2:21-CV-08688 DSF-PVCX

**TO THIS HONORABLE COURT AND THE PARTIES OF RECORD:**

Pursuant to Federal Rule of Evidence 201, Defendants Alberto Carvalho, Ileana Davolos, George McKenna, Monica Garcia, Scott Schmerelson, Nick Melvoin, Jackie Goldberg, Kelly Gonez and Tanya Ortiz Franklin (collectively "Defendants") request that the Court take judicial notice of the following submitted as evidence in support of their Motion for Judgment on the Pleadings ("Motion") and the concurrently filed Reply Brief in Support of Defendants' Motion.

Federal Rule of Evidence 201(b) permits courts to take judicial notice of matters that are either (1) "generally known within the trial court's territorial jurisdiction," or (2) capable of accurate and ready determination by resort to "sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Pursuant to Rule 201(b), Defendants respectfully request the Court take judicial notice of the following:

1.  Statistics published by the World Health Organization ("WHO") showing to the total number of global COVID-19 cases, deaths, and vaccine doses administered as of August 26, 2022, available on the WHO's website "WHO Coronavirus (COVID-19) Dashboard" at: https://covid19who.int (last accessed August 28, 2022). A true and correct copy of the webpage containing this information is attached hereto as **Exhibit A**.

2.  Statistics published by the World Health Organization ("WHO") showing to the total number of COVID-19 cases, deaths, and vaccine doses administered in the United States as of August 2022, available at the WHO's website "WHO Coronavirus

(COVID-19) Dashboard-United States of America" at https://covid19.who.int/region/amro/country/us (last accessed August 28, 2022). A true and correct copy of the webpage containing this information is also attached as hereto **Exhibit A**.

3. Statistics published by the County of Los Angeles Public Health Department of Public Health showing the total number of new reported COVID-19 cases in LA County as of August 26, 2022, the total number of COVID-19 cases reported since the beginning of the COVID-19 pandemic, and the total number of deaths reported to date, available on the LA County Public Health website at: https://publichealth.lacounty.gov/media/coronavirus/data/# (last accessed on August 28, 2022). A true and correct copy of the webpage containing this information is attached hereto as **Exhibit B**.

4. Information relating to COVID-19 vaccine facts and safety, and recommendations by the United States' government as to those who should receive the vaccinations and boosters, published by the Centers for Disease Control and Prevention ("CDC"), available on the CDC's website at: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html?s_cid=10507:covid%20vaccine%20safety:sem.ga:p:RG:GM:gen:PTN:FY21. (Updated August 22, 2022, and last visited August 28, 2022). A true and correct copy of the webpage containing this information is attached hereto as **Exhibit C**.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4

2:21-CV-08688 DSF-PVCX

Courts "may [] take judicial notice of information posted on government websites." *Estate of Fuller v. Maxfield & Oberton Holdings, LLC*, 906 F. Supp. 2d 997, (N.D. Cal. 2012) (Koh, J.) (citing *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities … and neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein."); *see also Silbersher v. Allergan Inc.*, 506 F. Supp. 3d 772, 785-86 (N.D. Cal. 2020) (Spero, Mag.) ("Under Federal Rule of Evidence 201, the court 'can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies.'") (quoting *U.S. ex rel Integra Med Analytics LLC v. Provident Health & Servs.*, No. CV 17-1694 PSG (SSX), 2019 WL 3282619, at *4 (C.D. Cal. July 16, 2019)) (other citations omitted); *see e.g. Cairns v. Franklin Mint Co.,* 107 F. Supp. 2d 1212, 1216 (C.D. Cal. 2000) (taking judicial notice of pages from a museum's website). Courts may also take judicial notice of matters of public record outside the pleadings. *See MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986); *Interstate Natural Gas Co.*, 209 F. 2d 380, 385 (9th Cir. 1953).

Judicial Notice of Exhibits A and B is appropriate because the WHO is a United Nations agency that promotes science-based health initiatives and coordinates the global response to health threats around the world. It also manages and maintains a wide range of data collections related to global health and well-being as mandated by

its member states. More information relating to the WHO's data collections process may be accessed at http://who.int/data/collections. As the public health agency of the United Nations, of which the United States and 193 other countries are member states, the WHO is a reliable source, and the accuracy of the cited data cannot reasonably be questioned.

Judicial Notice of Exhibits C and D is appropriate because the CDC is the national public health agency of the United States under the Department of Health and Human Services. As a governmental entity and the nation's leading public health authority, information and data published by the CDC is reliable source, and the data and recommendations provided by the CDC cannot reasonable be questioned.

For the foregoing reasons, Defendants respectfully request the Court take Judicial Notice of Exhibits A-C attached hereto.

Dated: August 29, 2022

LITTLER MENDELSON, P.C.

/s/ *Connie L. Michaels*
Connie L. Michaels
Carrie A. Stringham

Attorneys for Defendants
ALBERTO CARVAHLO, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN

4882-9205-9440.2 / 050758-1054

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

# EXHIBIT A



World Health Organization

WHO Coronavirus (COVID-19) Dashboard

Latest Yesterday

Search by Region/Country/Territory/Area

## Situation by Region, Country, Territory & Area

| Name | Cases cumulative total | Cases newly reported in last 7 days | Deaths cumulative total | Deaths newly reported in last 7 days | Total vaccine doses administered per 100 population | Persons fully vaccinated with last dose of primary series per 100 population | Persons Boosted per 100 population |
|---|---|---|---|---|---|---|---|
| **Global** | **596,873,121** | **5,086,223** | **6,459,684** | **13,914** | **159.72** | **62.56** | **27.32** |
| + By WHO Region | | | | | | | |
| + By World Bank Income Group | | | | | | | |
| United States of America | 92,739,935 | 619,569 | 1,031,832 | 2,730 | 181.1 | 66.78 | 32.19 |
| India | 44,389,176 | 74,558 | 527,556 | 303 | 151.12 | 67.99 | 9.1 |
| Brazil | 34,329,600 | 106,393 | 683,076 | 1,066 | 221.97 | 77.3 | 51.74 |
| France | 33,416,532 | 123,066 | 150,311 | 373 | 226.9 | 78.76 | 60.26 |
| Germany | 32,008,122 | 219,668 | 147,003 | 55 | 221.8 | 77.94 | 61.95 |
| The United Kingdom | 23,493,327 | 20,875 | 187,761 | 238 | 222.4 | 74.42 | |
| Republic of Korea | 22,802,985 | 802,948 | 26,413 | 517 | 249.76 | 87.08 | 65.19 |
| Italy | 21,745,065 | 163,148 | 175,127 | 680 | 233.1 | 79.64 | 71.43 |
| Russian Federation | 19,311,973 | 274,309 | 383,910 | 483 | 118.1 | 51.63 | |
| Japan | 17,983,797 | 1,560,744 | 38,197 | 1,963 | 228.41 | 80.99 | 62.36 |

# EXHIBIT B









# LA County Daily COVID-19 Data

View Other Data Pages

Data through 12:00pm 8/25/2022

**NOTE:** We will no longer report metrics on the weekends. When we report on Monday, we will separately present the Saturday, Sunday, and Monday metrics.

## Cases

**3,694**
New Cases Reported (8/26)*

**3,396,657**
Total Cases Reported*

*including cases reported by Long Beach and Pasadena Health Departments*

## Testing



7-Day Daily Average: 37,634
Total Number of People Tested*: 12,450,321

*may include unduplicated negative test results or out of jurisdiction negative test results*

What This Means

## Testing Positivity Rate



7-Day Daily Average: 9.45%

What This Means

## Deaths



New Deaths Reported (8/26)*: 20
Total Deaths Reported*: 33,096

*including deaths reported by Long Beach and Pasadena Health Departments*

What This Means

## Death Rate



by Race, Ethnicity and Poverty Level

What This Means

## Hospitalizations



Current Hospitalizations (8/25): 827

What This Means

For more information on how LA County Department of Public Health counts COVID-19 cases, please visit the "About" tab on the COVID-19 Surveillance Dashboard.

# A Deeper Dive: Additional Studies and Information

**Los Angeles County COVID-19 Racial, Ethnic & Socioeconomic Data & Strategies Report**

View Report



---

**Addressing the Needs of Communities Most Impacted by COVID-19: Strategies in Service of Los Angeles County's Black/African American Residents**

View Report



---

**USC Dornsife Center for Economic and Social Research - Understanding Coronavirus in America**

View Public Health Analysis on Individual Behavior Changes in Los Angeles County

View Full Study (select Los Angeles County tab)



Note: PDF documents on this site were created using Adobe Acrobat 5.0 or later. Document functionality may be reduced if you are using an earlier version (4.x or less). Get the latest version of Adobe Acrobat.

Home | Careers | DPH Programs | Email: Webmaster | Notice of Privacy Practices | Website Privacy Policy | Accessibility | Disclaimer | Employee

Public Health has made reasonable efforts to provide accurate translation. However, no computerized translation is perfect and is not intended to replace traditional translation methods. If questions arise concerning the accuracy of the information, please refer to the English edition of the website, which is the official version.



# EXHIBIT C



# COVID-19

# Safety of COVID-19 Vaccines

Updated Aug. 22, 2022

CDC is reviewing this page to align with updated guidance.

## What You Need to Know

- COVID-19 vaccines are **safe and effective**.
- Millions of people in the United States have received COVID-19 vaccines under the most intense safety monitoring in US history.
- CDC recommends COVID-19 vaccines for everyone 6 months and older and boosters for everyone 5 years and older, if eligible.

# Hundreds of Millions of People Have Safely Received a COVID-19 Vaccine

More than 607 million doses of COVID-19 vaccine have been given in the United States from December 14, 2020, through August 17, 2022. To view the current total number of COVID-19 vaccinations that have been administered in the United States, please visit the CDC COVID Data Tracker.

COVID-19 vaccines are **safe and effective**. COVID-19 vaccines were evaluated in tens of thousands of participants in clinical trials. The vaccines met the Food and Drug Administration's (FDA's) rigorous scientific standards for safety, effectiveness, and manufacturing quality needed to support emergency use authorization (EUA). Learn more about EUAs in this video.

The Pfizer-BioNTech, Moderna, and Johnson & Johnson/Janssen and Novavax COVID-19 vaccines will continue to undergo the most intensive safety monitoring in US history. This monitoring includes using both established and new safety monitoring systems to make sure that COVID-19 vaccines are safe.

# Common Side Effects

Some people have side effects after getting their COVID-19 vaccine, while others might have no side effects. Side effects may affect the ability to do daily activities, but they should go away within a few days. Learn more about common side effects after COVID-19 vaccination.

# Adverse Events (Serious Safety Problems) Are Rare

In rare cases, people have experienced serious health events after COVID-19 vaccination. Any health problem that happens after vaccination is considered an adverse event. An adverse event can be caused by the vaccine or can be caused by a coincidental event not related to the vaccine, such as an unrelated fever, that happened following vaccination.

To date, the systems in place to monitor the safety of these vaccines have found four serious types of adverse events following COVID-19 vaccination, with evidence that suggests, although rare, a link to certain types of COVID-19 vaccinations that were administered. They are:

## Anaphylaxis

Anaphylaxis is a severe type of allergic reaction with symptoms such as hives, difficulty breathing, low blood pressure, or significant swelling of the tongue or lips. **Anaphylaxis after COVID-19 vaccination is rare.** Learn more about COVID-19 vaccines and allergic reactions, including anaphylaxis.

## Thrombosis with Thrombocytopenia Syndrome (TTS)

**Thrombosis with thrombocytopenia syndrome (TTS)** is a rare but serious adverse event that causes blood clots or issues with clotting. **TTS after COVID-19 vaccination is rare.** Learn more about COVID-19 vaccines and adverse events, including TTS.

## Myocarditis and Pericarditis

Myocarditis is inflammation of the heart muscle, and pericarditis is inflammation of the outer lining of the heart. **Myocarditis and pericarditis after COVID-19 vaccination are rare.** Learn more about COVID-19 vaccines and adverse events, including myocarditis and pericarditis.

## Guillain-Barré Syndrome (GBS)

Guillain-Barré Syndrome (GBS) is a rare disorder where the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis. **GBS after COVID-19 vaccination is rare.** Learn more about COVID-19 vaccines and adverse events, including GBS.

## Reports of Death Are Rare

**Reports of death after COVID-19 vaccination are rare.** FDA requires healthcare providers to report any death after COVID-19 vaccination to the Vaccine Adverse Event Reporting System (VAERS) ↗ , even if it's unclear whether the vaccine was the cause. **Reports of adverse events to VAERS following vaccination, including deaths, do not necessarily mean that a vaccine caused a health problem.** CDC and FDA review reports of death following COVID-19 vaccination and update information as it becomes available. Learn more about adverse events, including reports of death, after COVID-19 vaccination.

## Benefits of Vaccination Outweigh the Risks

Serious side effects that could cause a long-term health problem are extremely rare following any vaccination, including COVID-19 vaccination. The benefits of COVID-19 vaccination outweigh the known and potential risks.

CDC continues to closely monitor the safety of COVID-19 vaccines. Everyone who receives a COVID-19 vaccine can also participate in safety monitoring by enrolling themselves -or their children or dependents 6 months and older in a smartphone-based system called v-safe and completing health check-ins after COVID-19 vaccination.

Have you experienced a side effect following COVID-19 vaccination?

Please report it to VAERS ↗ . In addition, enrolling yourself or your dependent in v-safe allows you to easily report to CDC how you are feeling after getting a COVID-19 vaccine.

| More Information |
|---|
| ACIP COVID-19 Vaccines Safety Technical Sub-Group (VaST) |
| COVID-19 Vaccine Safety Publications |

VaST Subgroup Technical Report

v-safe After Vaccination Health Checker

Vaccine Adverse Event Reporting System (VAERS)

Last Updated Aug. 22, 2022