| | |
|---|---|
| 1 | Connie L. Michaels, Bar No. 128065 |
|  | cmichaels@littler.com |
| 2 | LITTLER MENDELSON P.C. |
|  | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, California  90067.3107 |
|  | Telephone:   310.553.0308 |
| 4 | Fax No.:      310.553.5583 |
| 5 | *(Additional defense counsel are listed on a subsequent page)* |
| 6 | |
| 7 | Attorneys for Defendants |
|  | ALBERTO CARVALHO, ILEANA |
| 8 | DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK |
|  | MELVOIN, JACKIE GOLDBERG, KELLY |
| 9 | GONEZ and TANYA ORTIZ FRANKLIN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association, MIGUEL SOTELO; MARIEL HOWSEPIAN RODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA; | Case No. 2:21-cv-08688 DSF-PVCx |
| | Hon. Dale S. Fischer |
| Plaintiffs, | **DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EVIDENCE SUBMITTED IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | Date:    September 12, 2022 |
| ALBERT CARVALHO, in his official capacity as Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District governing board. | Time:    1:30 p.m. |
| | Courtroom: 7D |
| | Complaint Filed: November 3, 2021 |
| | SAC Filed: March 14, 2022 |
| | Trial Date:  March 14, 2023 |
| Defendants. | |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1

2:21-CV-08688 DSF-PVCX

1  JOY C. ROSENQUIST, Bar No. 214926
   jrosenquist@littler.com
2  NICHOLAS W. McKINNEY, Bar No. 322792
   nmckinney@littler.com
3  LITTLER MENDELSON P.C.
   500 Capitol Mall, Suite 2000
4  Sacramento, California 95814
   Telephone: 916.830.7200
5  Fax No.: 916.561.0828

6  CARRIE A. STRINGHAM, Bar No. 272731
   cstringham@littler.com
7  LITTLER MENDELSON P.C.
   501 W. Broadway, Suite 900
8  San Diego, CA 92101-3577
   Telephone: 619.515.1836
9  Fax.: 619.232.4302

10 Additional Attorneys for Defendants

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

2:21-CV-08688 DSF-PVCX

TO THE HONORABLE COURT AND PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Alberto Carvalho, Ileana Davolos, George McKenna, Monica Garcia, Scott Schmerelson, Nick Melvoin, Jackie Goldberg, Kelly Gonez And Tanya Ortiz Franklin ("Defendants"), hereby assert the following objections, and move to strike, the evidence submitted by Plaintiffs in support of their Evidence Submitted in Opposition ("Opposition") to Defendants' Motion for Judgment on the Pleadings ("Motion").

## OBJECTIONS TO PLAINTIFFS' EVIDENCE

I.     **SUMMARY OF ARGUMENT**

Each of Plaintiffs' thirty-one (31) exhibits attached to their Opposition should be excluded from consideration for several reasons.

First, the exhibits constitute extrinsic evidence outside of the pleadings that are not to be considered in ruling on a motion for judgment on the pleadings. In deciding a motion for judgment on the pleadings, the court generally is limited to the pleadings and may not consider extrinsic evidence. *See* Fed. R. Civ. P. 12(c) (stating that a Rule 12(c) motion for judgment on the pleadings should be converted into a Rule 56 motion for summary judgment *if matters outside the pleadings are considered by the court*). (Emphasis added.). In the event this Court considers the exhibits attached to the Opposition, then both parties must have the opportunity "to present all the material that is pertinent to the motion." *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001).

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3

2:21-CV-08688 DSF-PVCX

Second, not a single one of these exhibits has been authenticated and no foundation has been laid for any of the dozens of exhibits. *See* Fed. R. Evid. 901-902. While a district court may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading," most, if not all, of the documents have not been alleged in the pleadings and Defendants question their authenticity. *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994).

Third, Defendants object as many of the documents, including the various articles, are irrelevant to a determination of the Motion, constitute inadmissible hearsay, as well as an improper expert opinion for which no foundation has been laid. *See* Fed. R. Evid. 401-403, 701-703, 802 and 805, 901.

Fourth, Plaintiffs' Exhibit 5 (improperly marked as Exhibit 6), the Settlement Agreement and Release of All Claims between LAUSD and Miguel Sotelo, should be excluded and stricken from the record. Not only is this evidence of inadmissible settlement communications (Fed. R. Evid. 408) but, by its terms, cannot be used as evidence in this Court. Paragraph 7 of the Agreement provides: "This Agreement and its terms are <u>unique to circumstances regarding MR. SOTELO</u> and <u>cannot be cited for evidentiary purposes</u> by anyone in any other case before the District, its Personnel Commission, or before any other governmental body." (Emphasis added.) Further, it is entirely irrelevant to this case, lacks authentication and foundation, and should not be considered for any purpose.

Finally, Plaintiffs have failed to comply with Fed R. Evid. 201 as they only request the Court take judicial notice of FDA documents. *See* Dkt. 70, fn 7. As to all other documents, no such request was made. The documents attached to the Opposition, namely, Exhibits Nos. 7-16, and 19-31, do not otherwise satisfy the requirements of Fed. R. Evid. 201 as the contents are not matters of public record, are subject to reasonable dispute, are not generally known, and cannot be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. *See* Fed. R. Evid. 201; *Knoja v. Orexigen Therapeutics, Inc.,* 899 F.3d 988, 999 (9th Cir. 2018). Plaintiffs have also failed to establish the foundation or authenticity of any of the attached exhibits by way of declarations or custodian affidavits or the like.

For all these reasons and those identified below, Plaintiffs' evidence should be stricken.

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| 1. **Ex. 1:** Third Amended Complaint, Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br>Misleading (Fed. R. Evid. 403). | Sustained _____<br><br>Overruled _____ |
| 2. **Ex. 2:** McKenna's Responses to Interrogatories, Set One, Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br>Lacks Foundation and Authentication (Fed. R. Evid. 901-902) | Sustained _____<br><br>Overruled _____ |

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | Misleading (Fed. R. Evid. 403). | |
| **3. Ex. 3:** McKenna's Responses to Request for Production of Documents, Set One, Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Overruled |
| | Lacks Foundation and Authentication (Fed. R. Evid. 901-902) | _____ |
| | Misleading (Fed. R. Evid. 403). | |
| **4. Ex. 4:** Ortiz Franklin's Responses to Interrogatories, Set One, Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Overruled |
| | Lacks Foundation and Authentication (Fed. R. Evid. 901-902) | _____ |
| | Misleading (Fed. R. Evid. 403). | |
| **5. Ex. 5: (Improperly marked as Ex. 6)** Ortiz Franklin's Responses to Request for Production of Documents, Set One, Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Overruled |
| | Lacks Foundation and Authentication (Fed. R. Evid. 901-902) | _____ |
| | Misleading (Fed. R. Evid. 403). | |
| **6. Ex. 6:** Settlement Agreement and Release of All Claims, Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Evidence of Settlement Communications (Fed. R. Evid. 408) | Overruled |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | _____ |
| | Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | |

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | Inadmissible per its terms. (*See* ¶ 7 of agreement) | |
| | Misleading (Fed. R. Evid. 403). | |
| **7. Ex. 7:** James Lind Library: Boylston AW (2012). The Origins of Vaccination: No Inoculation, No Vaccination, Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Overruled |
| | Improper legal conclusion (Fed. R. Evid. 701). | _____ |
| | Opinion not based on sufficient facts or data (Fed. R. Evid. 702). | |
| | Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). | |
| | Misleading (Fed. R. Evid. 403). | |
| | Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | |
| | Hearsay (Fed. R. Evid. 801, 802) | |
| **8. Ex. 8:** The History and Practice of Vaccination (1817). Entire Document | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Overruled |
| | Improper legal conclusion (Fed. R. Evid. 701). | _____ |
| | Opinion not based on sufficient facts or data (Fed. R. Evid. 702). | |
| | Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). | |
| | Misleading (Fed. R. Evid. 403). | |
| | Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. | |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | 602, 901-902) | |
| | Hearsay (Fed. R. Evid. 801, 802) | |
| 9. **Ex. 9:** Chambers's Journal of Popular Literature, Science, and Art, Fifth Series (1832). Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Overruled _____ |
| | Improper legal conclusion (Fed. R. Evid. 701). | |
| | Opinion not based on sufficient facts or data (Fed. R. Evid. 702). | |
| | Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). | |
| | Misleading (Fed. R. Evid. 403). | |
| | Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | |
| | Hearsay (Fed. R. Evid. 801, 802) | |
| 10. **Ex. 10:** Vaccines and Related Biological Products Advisory Committee Meeting, December 10, 2020, FDA Briefing Document, Pfizer-BioNTSech COVID-19 Vaccine. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) | Sustained _____ |
| | Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Overruled _____ |
| | Improper legal conclusion (Fed. R. Evid. 701). | |
| | Opinion not based on sufficient facts or data (Fed. R. Evid. 702). | |
| | Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). | |
| | Misleading (Fed. R. Evid. 403). | |
| | Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. | |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

8

2:21-CV-08688 DSF-PVCX

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | 602, 901-902) | |
| | Hearsay (Fed. R. Evid. 801, 802) | |
| **11. Ex. 11:** Vaccines and Related Biological Products Advisory Committee Meeting, December 17, 2020, FDA Briefing Document, Moderna COVID-19 Vaccine. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) <br><br> Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). <br><br> Improper legal conclusion (Fed. R. Evid. 701). <br><br> Opinion not based on sufficient facts or data (Fed. R. Evid. 702). <br><br> Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). <br><br> Misleading (Fed. R. Evid. 403). <br><br> Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) <br><br> Hearsay (Fed. R. Evid. 801, 802) | Sustained  \_\_\_\_\_ <br><br> Overruled  \_\_\_\_\_ |
| **12. Ex. 12:** Vaccines and Related Biological Products Advisory Committee Meeting, February 26, 2021, FDA Briefing Document, Janssen Ad26.COV2.S Vaccine Prevention of COVID-19. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) <br><br> Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). <br><br> Improper legal conclusion (Fed. R. Evid. 701). <br><br> Opinion not based on sufficient facts or data (Fed. R. Evid. 702). <br><br> Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). <br><br> Misleading (Fed. R. Evid. 403). <br><br> Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. | Sustained  \_\_\_\_\_ <br><br> Overruled  \_\_\_\_\_ |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | 602, 901-902)<br><br>Hearsay (Fed. R. Evid. 801, 802) | |
| **13. Ex. 13:** Press Briefing by Press Secretary Karine Jean-Pierre and COVID-19 Response Coordinator Ashish Jha. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br><br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br><br>Improper legal conclusion (Fed. R. Evid. 701).<br><br>Opinion not based on sufficient facts or data (Fed. R. Evid. 702).<br><br>Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703).<br><br>Misleading (Fed. R. Evid. 403).<br><br>Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902)<br><br>Hearsay (Fed. R. Evid. 801, 802) | Sustained  _____<br><br>Overruled  _____ |
| **14. Ex. 14:** Statement from Pfizer Chairman and CEO Albert Bourla on Testing Positive for COVID-19. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br><br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br><br>Improper legal conclusion (Fed. R. Evid. 701).<br><br>Opinion not based on sufficient facts or data (Fed. R. Evid. 702).<br><br>Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703).<br><br>Misleading (Fed. R. Evid. 403).<br><br>Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. | Sustained  _____<br><br>Overruled  _____ |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

10                                    2:21-CV-08688 DSF-PVCX

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | 602, 901-902) | |
| | Hearsay (Fed. R. Evid. 801, 802) | |
| **15. Ex. 15:** Fox News Article: Fauci Admits that COVID-19 Vaccines do not Protect 'Overly Well' Against Infection. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) <br><br> Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). <br><br> Improper legal conclusion (Fed. R. Evid. 701). <br><br> Opinion not based on sufficient facts or data (Fed. R. Evid. 702). <br><br> Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). <br><br> Misleading (Fed. R. Evid. 403). <br><br> Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) <br><br> Hearsay (Fed. R. Evid. 801, 802) | Sustained  \_\_\_\_\_ <br><br> Overruled  \_\_\_\_\_ |
| **16. Ex. 16:** Health and Science Article: CDC Panel Skeptical of Fourth COVID Shots for Broader Population, says US Needs Clear Vaccine Strategy. Entire Document/ | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) <br><br> Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). <br><br> Improper legal conclusion (Fed. R. Evid. 701). <br><br> Opinion not based on sufficient facts or data (Fed. R. Evid. 702). <br><br> Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). <br><br> Misleading (Fed. R. Evid. 403). <br><br> Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. | Sustained  \_\_\_\_\_ <br><br> Overruled  \_\_\_\_\_ |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

11

2:21-CV-08688 DSF-PVCX

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | 602, 901-902)<br>Hearsay (Fed. R. Evid. 801, 802) | |
| **17. Ex. 17:** CDC Web Page: Immunization: The Basics. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br>Misleading (Fed. R. Evid. 403).<br>Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | Sustained \_\_\_\_\_<br><br>Overruled \_\_\_\_\_ |
| **18. Ex. 18:** CDC Web Page: Immunization: The Basics. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br>Misleading (Fed. R. Evid. 403).<br>Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | Sustained \_\_\_\_\_<br><br>Overruled \_\_\_\_\_ |
| **19. Ex 19:** Email Chain. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br>Improper legal conclusion (Fed. R. Evid. 701).<br>Opinion not based on sufficient facts or data (Fed. R. Evid. 702).<br>Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703).<br>Misleading (Fed. R. Evid. 403). | Sustained \_\_\_\_\_<br><br>Overruled \_\_\_\_\_ |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

12

2:21-CV-08688 DSF-PVCX

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) <br><br> Hearsay (Fed. R. Evid. 801, 802) | |
| **20. Ex. 20:** Commentary: The Right to Refuse Treatment: A Model Act. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) <br><br> Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). <br><br> Improper legal conclusion (Fed. R. Evid. 701). <br><br> Opinion not based on sufficient facts or data (Fed. R. Evid. 702). <br><br> Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). <br><br> Misleading (Fed. R. Evid. 403). <br><br> Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) <br><br> Hearsay (Fed. R. Evid. 801, 802) | Sustained _____ <br><br> Overruled _____ |
| **21. Ex. 21: (improperly marked Ex. 22):** University of Cincinnati College of Law, University of Cincinnati College of Law Scholarship and Publications, 1-1-1998, Beyond Misguided Paternalism: Resuscitating the Right to Refuse Medical Treatment. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) <br><br> Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). <br><br> Improper legal conclusion (Fed. R. Evid. 701). <br><br> Opinion not based on sufficient facts or data (Fed. R. Evid. 702). <br><br> Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). <br><br> Misleading (Fed. R. Evid. 403). <br><br> Lacks Foundation, | Sustained _____ <br><br> Overruled _____ |

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) Hearsay (Fed. R. Evid. 801, 802) | |
| **22. Ex. 22:** Correspondence: Transmissibility of SARS-CoV-2 Among Fully Vaccinated Individuals. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). Improper legal conclusion (Fed. R. Evid. 701). Opinion not based on sufficient facts or data (Fed. R. Evid. 702). Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). Misleading (Fed. R. Evid. 403). Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) Hearsay (Fed. R. Evid. 801, 802) | Sustained _____ Overruled _____ |
| **23. Ex. 23:** Shedding of Infectious SARS-CoV-2 Despite Vaccination. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). Improper legal conclusion (Fed. R. Evid. 701). Opinion not based on sufficient facts or data (Fed. R. Evid. 702). Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). Misleading (Fed. R. Evid. 403). Lacks Foundation, Speculation, not based on | Sustained _____ Overruled _____ |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

14

2:21-CV-08688 DSF-PVCX

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | |
| | Hearsay (Fed. R. Evid. 801, 802) | |
| **24. Ex. 24:** Effectiveness of Covid-19 vaccines against Omicron or Delta symptomatic infection and severe outcomes. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br><br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br><br>Improper legal conclusion (Fed. R. Evid. 701).<br><br>Opinion not based on sufficient facts or data (Fed. R. Evid. 702).<br><br>Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703).<br><br>Misleading (Fed. R. Evid. 403).<br><br>Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902)<br><br>Hearsay (Fed. R. Evid. 801, 802) | Sustained  _____<br><br>Overruled  _____ |
| **25. Ex. 25:** Robert Koch Institute, Weekly status report of the RKI on coronavirus disease-2019 (COVID-19). Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c))<br><br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br><br>Improper legal conclusion (Fed. R. Evid. 701).<br><br>Opinion not based on sufficient facts or data (Fed. R. Evid. 702).<br><br>Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703).<br><br>Misleading (Fed. R. Evid. 403).<br><br>Lacks Foundation, Speculation, not based on personal knowledge, lacks | Sustained  _____<br><br>Overruled  _____ |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| | authentication (Fed. R. Evid. 602, 901-902) | |
| | Hearsay (Fed. R. Evid. 801, 802) | |
| **26. Ex. 26:** Morbidity and Mortality Weekly Report. COVID-19 Cases and Hospitalizations by COVID-19 Vaccination Status and Previous COVID-19 Diagnoses-California and New York, May-November 2021. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). Improper legal conclusion (Fed. R. Evid. 701). Opinion not based on sufficient facts or data (Fed. R. Evid. 702). Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). Misleading (Fed. R. Evid. 403). Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) Hearsay (Fed. R. Evid. 801, 802) | Sustained _____ Overruled _____ |
| **27. Ex. 27:** Chart-unknown source. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). Misleading (Fed. R. Evid. 403). Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | Sustained _____ Overruled _____ |
| **28. Ex. 28:** Chart-unknown source. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). | Sustained _____ Overruled _____ Sustained _____ |

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
|  | Misleading (Fed. R. Evid. 403). Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | Overruled _____ |
| **29. Ex. 29:** Chart-unknown source. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). Misleading (Fed. R. Evid. 403). Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) | Sustained _____ Overruled _____ |
| **30. Ex. 30:** Elsevier, In vitro inhibition of severe acute respiratory syndrome coronavirus by chloroquine. Entire Document. | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. 12(c)) Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403). Improper legal conclusion (Fed. R. Evid. 701). Opinion not based on sufficient facts or data (Fed. R. Evid. 702). Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703). Misleading (Fed. R. Evid. 403). Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902) Hearsay (Fed. R. Evid. 801, 802) | Sustained _____ Overruled _____ |
| **31. Ex. 31:** Mobility and Mortality Weekly Report: Summary of Guidance for | Extrinsic evidence outside the pleadings (Fed. R. Civ. P. | Sustained _____ |

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| Minimizing the Impact of COVID-19 on Individual Persons, Communities, and Health Care Systems- United States, August 2022. Entire Document. | 12(c))<br><br>Irrelevant and misleading. (Fed. R. Evid. 401, 402, 403).<br><br>Improper legal conclusion (Fed. R. Evid. 701).<br><br>Opinion not based on sufficient facts or data (Fed. R. Evid. 702).<br><br>Opinion based on evidence not reasonably relied upon (Fed. R. Evid. 703).<br><br>Misleading (Fed. R. Evid. 403).<br><br>Lacks Foundation, Speculation, not based on personal knowledge, lacks authentication (Fed. R. Evid. 602, 901-902)<br><br>Hearsay (Fed. R. Evid. 801, 802) | Overruled _____ |

Dated: August 29, 2022

LITTLER MENDELSON, P.C.

/s/ *Connie L. Michaels*
Connie L. Michaels
Carrie A. Stringham

Attorneys for Defendants
ALBERTO CARVAHLO, ILEANA DAVOLOS, GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ and TANYA ORTIZ FRANKLIN

4855-4460-6511.3 / 050758-1054

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

18                           2:21-CV-08688 DSF-PVCX