1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation; CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, an unincorporated association, MIGUEL SOTELO; MARIEL HOWSEPIAN RODRIGUEZ; JEFFREY FUENTES; SANDRA GARCIA; and HOVHANNES SAPONGHIAN; NORMA BRAMBILA;

16

Plaintiffs,

17

v.

18

19

20

21

22

23

24

25

26

ALBERT CARVALHO, in his official capacity as Superintendent of the Los Angeles Unified School District; ILEANA DAVALOS, in her official capacity as Chief Human Resources Officer for the Los Angeles Unified School District; GEORGE MCKENNA, MONICA GARCIA, SCOTT SCHMERELSON, NICK MELVOIN, JACKIE GOLDBERG, KELLY GONEZ, and TANYA ORTIZ FRANKLIN, in their official capacities as members of the Los Angeles Unified School District

governing board.
                    Defendants.

27

28

Case No. 2:21-cv-08688 DSF-PVCx

Hon. Dale S. Fischer

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS AND REPLY BRIEF IN SUPPORT THEREOF**

Date:      September 12, 2022
Time:      1:30 p.m.
Courtroom: 7D

Complaint Filed: November 3, 2021
SAC Filed: March 14, 2022
Trial Date:  March 14, 2023

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1                    2:21-CV-08688 DSF-PVCX

Based on the request filed by Defendants Alberto Carvalho, Ileana Davolos, George Mckenna, Monica Garcia, Scott Schmerelson, Nick Melvoin, Jackie Goldberg, Kelly Gonez, and Tanya Ortiz Franklin ("Defendants") requesting the Court take judicial notice of certain facts made publicly available on certain government websites, the Court, having considered the pleadings, papers, and evidence, and having considered arguments of counsel, and GOOD CAUSE appearing therefore,

**HEREBY ORDERS, ADJUDGES AND DECREES THAT** the Court shall take judicial notice of the following items:

1.    Statistics published by the World Health Organization ("WHO") showing to the total number of global COVID-19 cases, deaths, and vaccine doses administered as of August 26, 2022, available on the WHO's website "WHO Coronavirus (COVID-19) Dashboard" at: https://covid19who.int (last accessed August 28, 2022).

2.    Statistics published by the World Health Organization ("WHO") showing to the total number of COVID-19 cases, deaths, and vaccine doses administered in the United States as of August 2022, available at the WHO's website "WHO Coronavirus (COVID-19)          Dashboard-United          States          of          America"          at https://covid19.who.int/region/amro/country/us (last accessed August 28, 2022).

3.    Statistics published by the County of Los Angeles Public Health Department of Public Health showing the total number of new reported COVID-19 cases in LA County as of August 26, 2022, the total number of COVID-19 cases reported since the beginning of the COVID-19 pandemic, and the total number of deaths

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2                                    2:21-CV-08688 DSF-PVCX

reported to date, available on the LA County Public Health website at:

https://publichealth.lacounty.gov/media/coronavirus/data/# (last accessed on August

28, 2022).

    4.    Information relating to COVID-19 vaccine facts and safety, and

recommendations by the United States' government as to those who should receive the

vaccinations and boosters, published by the Centers for Disease Control and Prevention

("CDC"), available on the CDC's website at:

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-

vaccines.html?s_cid=10507:covid%20vaccine%20safety:sem.ga:p:RG:GM:gen:PTN:

FY21. (Updated August 22, 2022, and last visited August 28, 2022.

**IT IS SO ORDERED.**

Dated: _____    _____

                         HONORABLE DALE S. FISCHER

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3             2:21-CV-08688 DSF-PVCX