JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>ALBERT CARVLHO, et al.,<br>　　　Defendants. | CV 21-8688 DSF (PVCx)<br><br>JUDGMENT |

　　The Court having granted a motion for judgment on the pleadings and Plaintiffs not having amended within the time allowed by the Court,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 9, 2022

　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge